# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

## PRO SE PRISONER CIVIL RIGHTS COMPLAINT

CASE NO. _____

**PLAINTIFF(S)** [Write the name(s) of the person(s) complaining. Do not use et al.]

_David Williams_

_____

_____

_____

_____

SCANNED at MWCI
and Emailed
2/10/22 by H . 103 pages
date        initials    No.

vs.

**DEFENDANT(S)** [Write the name(s) of the person(s) you are suing.  If you do not know a name, write "John Doe" or "Jane Doe."  Include the defendant's rank or title if you know it. Do not use et al.]

_Department of D_  O C

_____

_____

_____

_____

Complete every section and **SIGN THE LAST PAGE.**

*Revised 12/13/18*



**F.    DO YOU WISH TO HAVE A JURY TRIAL?  YES _____ NO ___**

**G.    DECLARATION UNDER PENALTY OF PERJURY**

Warning: You must sign this or your complaint will not be filed.

By signing this complaint, I certify under penalty of perjury that the information contained in this complaint is true and accurate to the best of my knowledge.  I understand that if I lie in this complaint, I may be prosecuted for perjury, and punished with as much as five (5) years in prison and/or a fine of $250,000.  See 18 U.S.C. Sections 1621, 3571.

Signature: _David J Williams_

Signed at _Mac Dougall-Walker_ on _1-18-2022_ DW
        (Location)        (Date)    Feb, 8, 22

If there are additional plaintiffs, attach another page with the name and signature of each plaintiff on it.  **The complaint cannot be filed without a signature from each plaintiff.**

**H.    FINAL INSTRUCTIONS**

WARNING: Your complaint will not be filed unless you complete each of these steps:

1.    Answer all questions on the complaint form.

2.    Sign the Declaration under Penalty of Perjury on p. 7

Remember, the Clerk cannot file your complaint unless you take all of the steps above.

*Revised 12/13/18*

UNITED STATES POSTAGE

PITNEY BOWES

$ 002.600

02 1P
0001921753  NOV 24 2021
MAILED FROM ZIP CODE 06355

**Inmates' Legal Aid Program
Bansley Law, LLC**
1271 BOSTON POST ROAD UNIT 2
OLD SAYBROOK, CT 06475

David Williams #252464
MacDougall-Walker Correctional Institution
1153 East Street, South
Suffield, CT 06080

ATTORNEY-CLIENT
PRIVILEGE



# INMATES'
## LEGAL AID PROGRAM

**Run by:** Bansley Law, LLC
1271 Boston Post Rd.
Unit 2
Old Saybrook, CT 06345
877-294-7982 (toll free)

## **ATTORNEY CLIENT PRIVILEGE**

November 19, 2021

David Williams #252464
MacDougall-Walker Correctional Institution
1153 East Street, South
Suffield, CT 06080

Dear Mr. Williams,

Thank you for contacting the Inmates' Legal Aid Program (ILAP). This letter is to follow up with you after our recent legal call. I am enclosing the last correspondence with the court address and returning your information. I do not have your medical records; however you may want to include those with your complaint showing that you still have medical problems that are not being addressed. Also include the grievances and returned inmate request forms when you send your complaint. If you change the date on anything, initial the change.

If you have any further questions, please call or write to our office.

Sincerely,

Nicole Gagnon
ILAP Attorney

Enclosures:

- Williams letter of 3/15/21w/enclosures
- ILAP letter of 6/ 4/21 w/enclosures

**If you are sending in documents you would like returned please indicate so. If you do not state that you want the documents returned they will be scanned into our system and the originals will be shredded.**

# INMATES'
## LEGAL AID PROGRAM

Run by: Bansley Law, LLC
54 West Main Street
Mystic, CT 06355
877-294-7982 (toll free)
475-227-0710

**ATTORNEY CLIENT PRIVILEGE**

June 4, 2021

David Williams #252464
MacDougall-Walker Correctional Institution
1153 East Street, South
Suffield, CT 06080

Dear Mr. Williams,

Thank you for contacting the Inmates' Legal Aid Program (ILAP). This letter is to follow up with you after our recent legal call. During that call we discussed several things, however the main one was that your case was never filed in court. You sent it to us instead of filing it with the court. Because everything is dated in March, I am sending a new complaint form to you and you can just change the last page, sign and date and then you can file it with the court or have your counselor efile it with all the other documents. I will send your documents to you with this letter so you can send it to the court nearest you. The address is:

United States Federal District Court

Abraham Ribicoff Federal Building

United States District Court

450 Main Street

Suite A012

Hartford, CT 06103

If you still have questions, after reviewing the information in this letter, please contact the attorney assigned to your case. Thank you.

Sincerely,

Nicole Gagnon

ILAP Attorney

Enclosures:

- Copy of your correspondences sent to us

**If you are sending in documents you would like returned please indicate so. If you do not state that you want the documents returned they will be scanned into our system and the originals will be shredded.**



UNITED STATES POSTAGE
PITNEY BOWES
02 1P    $ 003.16⁰
0001921753    JAN 10 2022
MAILED FROM ZIP CODE 06475



**Inmates' Legal Aid Program**
**Bansley Law, LLC**
1271 BOSTON POST ROAD UNIT 2
OLD SAYBROOK, CT 06475

David Williams #252464
MacDougall-Walker Correctional Institution
1153 East Street, South
Suffield, CT 06080

ATTORNEY-CLIENT PRIVILEGE

# INMATES'
## LEGAL AID PROGRAM

**Run by**: Bansley Law, LLC
1271 Boston Post Rd.
Unit 2
Old Saybrook, CT 06345
877-294-7982 (toll free)
475-227-0710

## ATTORNEY CLIENT PRIVILEGE

January 10, 2022

David Williams #252464
MacDougall-Walker Correctional Institution
1153 East Street, South
Suffield, CT 06080

Dear Mr. Williams,

Thank you for contacting the Inmates' Legal Aid Program (ILAP). This letter is to follow up with our recent legal call. I am sorry that somehow we did not get your grievances back to you. I apologize. I have enclosed a new complaint form, (1983) and your grievances. You will need a new inmate account balance sheet to included with your grievances to attach to the complaint.

If you need anything further, please contact our office.

Sincerely,

Nicole Gagnon
ILAP Attorney

Enclosures:

- 1983 packet
- Correspondence from March 15, 2021

**If you are sending in documents you would like returned please indicate so. If you do not state that you want the documents returned they will be scanned into our system and the originals will be shredded.**





**United States District Court**
District of Connecticut

# GUIDE FOR
# SELF-REPRESENTED
# LITIGANTS

**Revised February 1, 2021**



# Table of Contents

INTRODUCTION.................................................................................................. 3

THE COMPLAINT.............................................................................................. 4

THE FILING FEE AND 28 U.S.C. § 1915........................................................ 6

SERVICE OF YOUR COMPLAINT.................................................................. 7

   I.   Waiver of Service of the Complaint...................................................... 8

   II. Personal Service of the Complaint..................................................... 9

MOTIONS.......................................................................................................... 11

MISCELLANEOUS INFORMATION............................................................... 15

   Consent to Electronic Notice................................................................. 15

   Magistrate Judges.................................................................................. 15

   Contacting Chambers............................................................................. 16

   Keeping Your Address Current.............................................................. 16

   Who You Can Represent......................................................................... 16

   Court-appointed Counsel....................................................................... 16

   Removal.................................................................................................. 17

   Electronic Filing.................................................................................... 17

   PRIVACY POLICY................................................................................. 18

FREQUENTLY REQUESTED FORMS............................................................ 19



# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

### Guide for Self-
### Represented Litigants

## INTRODUCTION

The United States District Judges, the United States Magistrate Judges, the Clerk of the Court, Deputy Clerks and Staff Attorneys are officers of the court and are **prohibited** by federal statute from giving legal advice. Legal questions should be directed to an attorney. Even though they are lawyers, the staff attorneys cannot represent you or do legal research on your behalf. Like all employees of the court, the staff attorneys must remain neutral and detached in order to preserve the integrity and independence of the court.

The information in this guide is provided for individuals who are representing themselves, either as plaintiff or defendant, in civil actions in the District of Connecticut without the assistance of an attorney. Plaintiffs and defendants in court cases generally are referred to as parties or litigants. Parties who choose to represent themselves are referred to self-represented litigants, pro se parties or pro se litigants, or, more specifically, pro se plaintiffs or pro se defendants. Pro se is a Latin phrase meaning "for yourself."

This Guide will not answer all of your questions about what you need to do to represent yourself effectively as a self-represented litigant. It is intended only as an informative and practical resource. It is not a substitute for legal advice from an experienced attorney. The information should be read and used in conjunction with the Federal Rules of Civil Procedure, the District of Connecticut Local Civil Rules and the specific practices of the judge assigned to your case. The Federal Rules of Civil Procedure may be found in public libraries, the law libraries in various state courthouses or on the internet at http://www.law.cornell.edu/rules/frcp. The District of Connecticut Local Civil Rules may be found on the court's website, http://www.ctd.uscourts.gov. You may purchase a copy of the Local Rules from the Connecticut Bar Association. The specific preferences of the assigned district judge will be provided to you when you file your case. Any links to other websites in these materials are for informational purposes only. The District of Connecticut is not responsible for the accuracy of the information contained on other websites.



Self-representation carries certain responsibilities and risks. Self-represented litigants should carefully review those risks and educate themselves regarding possible consequences. Rule 11 of the Federal Rules of Civil Procedure prohibits filing lawsuits that are clearly frivolous or filed merely to harass an individual. If, after reviewing your complaint, the court determines that you have filed a lawsuit for an improper or clearly unnecessary purpose, it may impose sanctions against you. These sanctions may include ordering you to pay a fine to the court or pay legal fees of the person or persons against whom you filed the lawsuit. In certain types of cases, such as employment discrimination cases, if you lose, you may be required to pay the legal fees of the winning party. In all cases, if you lose, you may be required to pay some of the costs the winning party incurred during the course of the lawsuit.

## THE COMPLAINT

In a civil rights action, the court can grant relief only for deprivations of a federal constitutional or statutory right by a person acting under color of state or federal law. Your complaint can be brought in this court only if one or more of the named defendants is located within this judicial district. The District of Connecticut includes all of Connecticut.

The district court has several complaint forms available:

- a form for filing a civil rights action pursuant to 42 U.S.C. § 1983 or pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971), and 28 U.S.C. § 1331;

- a form for filing an employment discrimination action;

- a form for filing an action appealing a final determination of the Social Security Commission; and

- a general form to help you in filing any other federal civil action.

You should obtain the appropriate form from the Clerk's Office or the court's website, www.ctd.uscourts.gov. **Please note:** Court staff cannot assist you in completing the forms or tell you what words to use in your court papers.

The complaint must be typewritten or legibly handwritten on 8½" x 11" paper. All questions must be answered clearly and concisely in the appropriate space on the form. If necessary, the answer to a particular question may be continued on an additional blank page. If additional pages are used, you must clearly indicate which question is

4



being continued. You must include all grounds for relief and concisely state all facts supporting such grounds for relief in the complaint. You should not include legal argument or case citations.

You may, but are not required to, attach as an exhibit to your complaint any written document you have referred to in your complaint which you would like to make part of the complaint. Any exhibit will not be returned to you. Therefore, you should attach a copy of the document as an exhibit and retain the original in your records.

All plaintiffs and defendants must be listed in the caption of the complaint. You must indicate whether each defendant is being sued in his individual capacity, official capacity, or both. You must also provide a current address for each defendant. If there is more than one defendant, you should indicate clearly in the body of the complaint which actions are attributable to each defendant.

It is your responsibility to determine the identity of any and all defendants you wish to sue. If you do not know the name of one, or more, defendant at the time you file the complaint, you may list him or her in the case caption as "John Doe" or "Jane Doe." Once you determine the identity of the defendant, you should file a Motion to Amend seeking permission from the court to file an amended complaint including the full name and address of the "John Doe" defendant.

In addition to these general directions, you should follow all specific directions included on the complaint form. You must sign the complaint and the declaration under penalty of perjury. Your signature should be followed by your complete mailing address and telephone number. You are cautioned that any intentionally false statement of a material fact may serve as a basis for prosecution and conviction for perjury. You should exercise care to assure that all answers are true, correct and complete.

You must provide the court with the original complaint. You should keep a copy of the complaint for your own records. If you pay the filing fee, copies to be served on the defendants can be file stamped by the Clerk's Office at the time of filing.

When your complaint is completed, it should be mailed or delivered with the filing fee or motion for leave to proceed in forma pauperis pursuant to 28 U.S.C. §1915 and other forms to the Clerk's Office in any seat of court. The Clerk's Offices are open to the public between 9:00 a.m, and 4:00 p.m., Monday through Friday, excluding federal holidays.

The addresses of the three seats of court are:

| Office of the Clerk | Office of the Clerk | Office of the Clerk |
|---|---|---|
| United States District Court | United States District Court | United States District Court |
| 915 Lafayette Blvd. | 450 Main Street | 141 Church Street |
| Bridgeport, CT 06604 | Hartford, CT 06103 | New Haven, CT 06510 |
| (203) 579-5861 | (860) 240-3200 | (203) 773-2140 |

5



# THE FILING FEE AND 28 U.S.C. § 1915

These instructions are for non-prisoners seeking leave to proceed in forma pauperis under 28 U.S.C. § 1915. A prisoner is any person incarcerated or detained in any facility. If you are a prisoner, you must obtain from the Clerk's Office or the court website, www.ctd.uscourts.gov, a copy of the instructions and forms specifically designed for civil actions filed by prisoners.

The complaint must be accompanied by the full filing fee. If you want to commence an action without prepayment of fees or security therefor, you must file a Motion for Leave to Proceed In Forma Pauperis pursuant to 28 U.S.C. § 1915 and a Financial Affidavit. The court cannot consider the merits of the claims asserted in any complaint filed without either the filing fee or a properly completed motion and affidavit.

The motion and affidavit for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 must be typewritten or legibly handwritten. All questions must be answered clearly and concisely in the appropriate space on the form. You must sign the motion and affidavit. You should exercise care to assure that all answers are true, correct and complete.

Section 1915(e)(2) requires the court to review the merits of any complaint sought to be filed in forma pauperis to assure that the complaint is not frivolous. Thus, the motion to proceed in forma pauperis and your complaint will be reviewed by a Magistrate Judge. First, the Magistrate Judge will determine whether you should be permitted to commence the action in forma pauperis. If the Magistrate Judge grants your motion to proceed in forma pauperis, he or she will then conduct an initial review of the complaint to determine whether the action is frivolous. If the Magistrate Judge determines that all or part of the complaint is frivolous and should be dismissed, he or she will issue a Recommended Ruling of dismissal for the District Judge's consideration.

If your motion to proceed in forma pauperis is granted and a Recommended Ruling of dismissal is issued, you will receive a copy of the Recommended Ruling by mail. You have fourteen (14) calendar days to object to the Recommended Ruling. In the objection, you should explain why you think that the claims identified as frivolous have merit and should be allowed to proceed. After reviewing the Recommended Ruling and your objection, the District Judge will issue a decision. If the Magistrate Judge recommended that the entire complaint be dismissed and either you do not object or the District Judge approves and adopts the Recommended Ruling over your objection, your case will be closed and no defendants will be served. If, however, the District Judge declines to adopt the Recommended Ruling, or approves and adopts a

Recommended Ruling that dismissed only some of the claims in the complaint, the case will proceed as to the remaining claims. Because you were granted leave to proceed in forma pauperis, you are not required to pay the filing fee to commence your action and are entitled to have the U.S. Marshal serve the complaint. The service process is explained in the following section.

If the Magistrate Judge determines that your motion to proceed in forma pauperis should be denied, he or she will issue a Recommended Ruling denying the motion. You will receive a copy of the Recommended Ruling by mail. If you disagree with the Recommended Ruling, you must serve and file an objection within fourteen (14) calendar days. In your objection, you should explain why you disagree with the Recommended Ruling and why you cannot afford to pay the filing fee. If the District Judge declines to adopt the Recommended Ruling, your motion to proceed in forma pauperis will be granted and the court will review the merits of the complaint. If the District Judge approves and adopts the Recommended Ruling, you will be ordered to pay the filing fee within thirty (30) days. If you do not pay the filing fee within the thirty-day period, your case will be dismissed without prejudice. If you do timely pay the fee, you will be responsible for serving the complaint in the manner described in the next section.

The Magistrate Judge also may recommend that the motion to proceed in forma pauperis be denied because there is some deficiency in the motion or other documents submitted with the motion. Again, you will have fourteen (14) calendar days to serve and file an objection to the Recommended Ruling. If the District Judge approves and adopts the Recommended Ruling, you will be ordered to correct the deficiencies within thirty (30) days. If you do so, the corrected motion to proceed in forma pauperis will be returned to the Magistrate Judge for review. The review of the corrected motion and complaint will proceed as described above.

Self-Represented litigants are not exempt from other fees and costs in their actions including but not limited to copying and witness fees and discovery expenses. Self-Represented litigants must provide identical copies of documents that must be served on the parties named in their lawsuits. If you cannot afford to pay for copies, you must handwrite copies of these documents for service on the other parties to the action. Even if you believe that you cannot afford to pay for copies of documents, neither the court nor the Clerk's Office can make copies for you free of charge. You also must pay for a copy of any document that you want from the court file. Therefore, you should always keep for your records a copy of any document you send to the court or the Clerk's Office.

## SERVICE OF YOUR COMPLAINT

If you are granted leave to proceed in forma pauperis, the court will order the U.S. Marshal Service to serve the complaint on the defendants. After your motion is granted, the Clerk's Office will mail you service documents and instructions for completing the service documents. **Please note**: Court staff cannot assist you in completing the forms. After you complete the documents and return them to the court, the Clerk's Office will forward the documents to the U.S. Marshal for service on the defendants. If one of your defendants cannot be served, you cannot prevail in your lawsuit against that defendant. It is your responsibility to provide the U.S. Marshal Service with the correct names and addresses for the defendants. The U.S. Marshal cannot serve a defendant when the only address provided is a Post Office Box. You must include a street address for each defendant. If you submit service documents listing only a P.O. Box address, the documents will be returned to you. The U.S. Marshal Service will not conduct an independent investigation to locate a defendant for you or to verify the accuracy of the information you provide. The service process may take several weeks.

If you have paid the filing fee, you are responsible for serving your complaint on the named defendants. You have 90 days from the date you filed your complaint to serve the complaint on the defendants. If you fail to effect service within that time, your case may be dismissed.

If the defendant is an individual, corporation or association, the Federal Rules of Civil Procedure permit you to request that the defendant waive personal service of the complaint. Section I describes the procedure to follow when you are requesting that the defendant waive service. All other defendants, including the United States and any federal government agency, any federal, state or local officials sued in their official capacity, as well as any defendant who declines to waive service in his individual capacity, must be personally served. Section II describes this procedure. Detailed instructions for service of process are set forth in Rule 4 of the Federal Rules of Civil Procedure. You should carefully review Rule 4 in addition to the procedures set forth below to make sure that you are familiar with all of the service requirements. If these requirements are not followed correctly, the case can be dismissed for failure to effect proper service.

I.    *Waiver of Service of the Complaint*

To request waiver of service of the complaint, you must complete two forms. These forms and instructions on how to complete the forms are available in the Clerk's Office and on the court's website, www.ctd.uscourts.gov. The first form is entitled Notice of Lawsuit and Request for Waiver of Service of Summons. The second form is entitled Waiver of Service of Summons. You must complete both forms for each defendant in his or her individual capacity. For example, if you are suing a John Smith in his individual capacity and his official capacity, you must complete one set of forms for Mr. Smith in his individual capacity. For his official capacity, you must follow the procedure in Section II.



Notice of Lawsuit and Waiver of Service of Summons forms may not be used when the defendant is the United States, a federal government agency or a federal government official or employee sued in his official capacity. You may request waiver of service of summons from a federal government official or employee sued in his individual capacity. Please note, however, that if the federal government official or employee waives service of summons, you still must serve the United States as provided in Section II to complete service on that defendant in his individual capacity.

In addition to completing the forms, you must send each defendant certain documents. To request waiver of service from a defendant, you must send the following items to that defendant by first class mail or by other reliable means:

- the properly completed Notice of Lawsuit and Request for Waiver of Service of Summons and Waiver of Service of Summons forms,

- an extra copy of the forms for the defendant to retain,

- a self-addressed stamped envelope so the defendant can return the original notice and signed waiver of service form to you, and

- a copy of the complaint including any exhibits or attachments and any other motions that you filed with the complaint.

When you receive the signed forms from the defendant, you must file the originals with the court. This will inform the court that the defendant has waived service of the complaint and that you have fulfilled your requirement to effect service of the complaint within 90 days of the date the complaint was filed.

If the defendant fails to return the waiver form within the time specified in the Notice of Lawsuit and Request for Waiver of Service of Summons form, you must personally serve that defendant by following the instructions in Section II.

## II. Personal Service of the Complaint

If the complaint must be personally served on a defendant, you must first obtain a summons form from the court, complete the form and have the summons issued by the Clerk's Office. You will need one summons for each defendant in each capacity in which you are personally serving that defendant. For example, assume that you are suing a John Smith in his individual capacity and his official capacity. If Mr. Smith has returned a signed waiver of service form, you will need only one summons form to personally serve Mr. Smith in his official capacity. If Mr. Smith has not returned a signed waiver form, you will need two summons forms for Mr. Smith, one for individual capacity and one for official capacity.

9



Rule 4(c)(2) of the Federal Rules of Civil Procedure provides: "Service may be effected by any person who is not a party and who is at least 18 years of age." Thus, you cannot personally serve the complaint. You may also make arrangements to have your complaint served by a state marshal or process server over the age of eighteen.

The rules regarding service of the summons on various categories of defendants are contained in Rule 4(e) - 4(j) of the Federal Rules of Civil Procedure. If the defendant in your case is not described below, you should consult Rule 4 for specific information on service of that defendant.

- Individual located within the United States: The person making service may (1) deliver a copy of the summons, complaint and any attachments to the individual personally or (2) leave a copy of the summons, complaint and any attachments at the individual's home with some person of suitable age and discretion who also lives there or (3) deliver a copy of the summons, complaint and any attachments to an agent authorized by law to accept service on behalf of the defendant. In addition, he may serve the summons and complaint as required by Connecticut law or the law of the state in which the defendant is located.

- Domestic Corporation, Partnership or Unincorporated Association located within the United States: The person making service should deliver a copy of the summons, complaint and any attachments to an officer, managing or general agent or any other agent authorized, by appointment or by law, to receive service. If this agent is authorized to accept service by law, you, or the person making service, must comply with all provisions of that law. For example, if the law requires that a copy of the summons, complaint and any attachments be mailed to the defendant, you must mail these copies. This compliance with the statute is in addition to the method of service described above. In the alternative, service may be effected in accordance with Connecticut law or the law of the state in which the defendant is located.

- United States: The person making service should deliver three copies of the summons, complaint and any attachments to the United States Attorney for the District of Connecticut, at any one of the three offices: 157 Church Street, 23rd Floor, New Haven, Connecticut 06510; 450 Main Street, Room 328, Hartford, Connecticut 06103; or 915 Lafayette Boulevard, Bridgeport, Connecticut 06604; and send two copies of the summons, complaint and any attachments by registered or certified mail to the Attorney General of the United States at 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530. In addition, if your complaint challenges the validity of an order issued by a federal government officer or agency, which is not included as a defendant, you must send a copy of the



summons, complaint and any attachments by registered or certified mail to the officer or agency.

- **Federal Government Agency or Corporation or Federal Government Official or Employee who is sued in his Official Capacity:** The person making service should serve the United States as described above, and send a copy of the summons, complaint and any attachments by registered or certified mail to the officer, employee, agency or corporation. Thus, if you are suing a federal government agency or corporation, or if you are suing a federal government official or employee in his official capacity only, you will need six sets of copies for that defendant.

- **Federal Government Official or Employee sued in his Individual Capacity:** The person making service should serve the United States as described above and serve the individual as described above. Thus, if you are suing a federal government official or employee in his individual capacity only, you will need six sets of copies for that defendant. If you are suing a federal government official or employee in both his individual and official capacities, you will need seven sets of copies for that defendant.

- **State or Municipality or Other State or Local Government Entity that is subject to suit in federal court, or a State or Local Government Official in his official capacity.** The person making service should deliver a copy of the summons, complaint and any attachments to the chief executive officer, or follow the instructions provided in state law for serving this entity.

- **Service of Social Security Complaints** will be effected by the Clerk's Office in accordance with Standing Order 18-26, Section I(c).

After the defendant has been served, the person who effected service must execute an affidavit, or complete the return of service and declaration on the back of the original summons. You must file the affidavit or return with the court to inform the court that you have fulfilled your requirement to effect service of the complaint within 90 days of the date the complaint was filed.

# MOTIONS

Filing and service the complaint are the first steps in your lawsuit. After that, if you want the court to take any action you must file a motion. You cannot obtain relief

11

by telephoning the Judge or Clerk's Office or simply writing a letter.

A motion is a request to the court to issue an order directing that an action be performed or permitting a litigant additional time to comply with prior court orders. One party, called the "movant," will file a motion explaining what he wants the court to do and why the court should do it. If the other party disagrees with the request, he will file a response explaining why the relief requested should not be granted. The judge may schedule a hearing on the motion requiring the parties to attend or may decide the motion without a hearing. While a party may request a hearing, the judge will decide whether he or she needs a hearing to decide the motion. Most of the time, a hearing is not necessary.

Every motion must include the case caption which includes the names of the parties, the court, the case number and the date. Unlike the complaint, where you must list the name of every defendant, on motions, memoranda or other documents filed in the case, you can list the name of the first defendant followed by "et al." The caption also must include the case number which includes the initials of the assigned district judge. An example of a case caption is:

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE DOE,<br>    Plaintiff, | : | |
| | : | |
| v. | : | Civil Case No. 3:08cv1234 (ABC) |
| | : | |
| JOHN SMITH, et al.,<br>    Defendants. | : | Date |

Every motion also must include a title explaining what you want the court to do. For example, if you want additional time to respond to a motion or discovery requests, your title would be "Motion for Extension of Time." In the first paragraph of the motion, you should clearly identify yourself, e.g., "Jane Doe, plaintiff," and state precisely the relief you request, e.g., "I seek an extension of time of thirty days to respond to defendants' motion for summary judgment." If you are not specific and concise, the court may not understand what relief you are seeking and deny your motion. The next paragraphs should state any facts or law that you think support your position. If necessary, you may attach copies of documents to your motion. If a document is lengthy, you should attach only the relevant portion so the judge will read only the information required for him or her to make a decision. This same procedure should be followed if you are responding to a motion filed by opposing counsel. For example, your title might be "Memorandum in Opposition to Defendants' Motion to Dismiss." A sample motion follows this section.

You must sign and file an original of all motions, pleadings, correspondence or



other documentation in the seat of court in which the district judge who has been assigned to your case sits. When you file your complaint, you will be provided a notice informing you of the district judge to whom your case has been assigned and the seat of court in which he or she sits.

You must furnish the opposing party or his or her attorney with a copy of all documents submitted to the court. The Clerk's Office will not serve your motion for you. Each original document (except the original complaint) must include a certificate stating the date a copy of the document was mailed to the opposing party or his or her attorney and the address to which it was mailed. Any document which fails to include a certificate of service may be disregarded by the court or returned. An example of a certificate of service is:

I hereby certify that a copy of the foregoing pleading/document was mailed to: (list all defendants or counsel for defendants) at (list the address for each person served) on (date).

_____
Filer's Original Signature

13



Sample Motion:

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

(Plaintiff's Name),             :
      Plaintiff,           :
                         :
      v.                :   Case No.     (your case number)
                         :
(First Defendant's Name), et al.,  :
      Defendants.      :   (Date)

### (TITLE OF MOTION)

(Identify yourself and explain what you want the court to do for you.)

(Provide facts and law supporting your position.)

_(signature)_

(Your Original Signature)
(Your Name Printed)
(Your Address and Telephone Number)

### CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing pleading/document was mailed to: (list all defendants or counsel for defendants) at (list the address for each person served) on (date).

_(signature)_

Your Original Signature

14



## MISCELLANEOUS INFORMATION

**Consent to Electronic Notice:**

The court will mail you copies of any rulings or orders issued by the court at the address you provide in your complaint. If you prefer, you may receive copies of these rulings and orders as well as documents filed by the defendants electronically rather than by mail. If you would like to receive electronic notice, you must complete the Consent to Electronic Notice by Self-Represented Litigant form on the court's website, www.ctd.uscourts.gov, and file it in your case.

**Magistrate Judges:**

If all parties consent, a lawsuit may be heard for all purposes by a Magistrate Judge pursuant to 28 U.S.C. § 636(c). This means that the Magistrate Judge will decide all motions and conduct the trial. Your legal rights are the same before a District Judge or a Magistrate Judge. District Judges, however, must give priority to criminal trials which can be lengthy and complicated. Because Magistrate Judges do not conduct criminal trials, your case will proceed to trial faster before a Magistrate Judge than it would if the case were before a District Judge. If all parties consent to proceed before a Magistrate Judge for all purposes, the Magistrate Judge will issue all rulings and orders and any appeal from the decision of the Magistrate Judge is directly to the United States Court of Appeals for the Second Circuit. If you wish to consent to proceed before a Magistrate Judge, all parties should complete the consent form available in the Clerk's Office or on the court's website, www.ctd.uscourts.gov and submit it to the court.

If the parties do not consent to proceed before a Magistrate Judge, the District Judge may refer non-dispositive matters, i.e., matters that do not dispose of a claim or defense of a party, to the Magistrate Judge. It is a common practice, within the discretion of the District Judge, to refer cases for pretrial matters such as supervision of discovery or settlement. If you disagree with the Magistrate Judge's order, you may serve and file an objection within fourteen (14) calendar days. If you do not object to the Magistrate Judge's order within that fourteen day period, you cannot later object to the order. The District Judge will consider and rule on your objection. Even if you object to the Magistrate Judge's order, you must obey that order unless either the Magistrate Judge or the District Judge issues a stay of the order.

The District Judge also may refer a dispositive motion to the Magistrate Judge. The Magistrate Judge will issue a Recommended Ruling instead of a ruling and order. Again, if you disagree with the Recommended Ruling, you must serve and file an objection within fourteen (14) calendar days. After reviewing the Recommended Ruling and the parties' objections, the District Judge may adopt the Magistrate Judge's findings in full or in part or decline to adopt the recommended ruling and issue a new decision.



**Contacting Chambers:**
You should not call the judge's chambers regarding your case. Unless you have specific permission from chambers, neither the judge nor the court will accept communication by fax. All communication to the judge must be in writing and you must send a copy of any letter you send to the judge to the defendants' attorney or, if the defendants are not represented, to the defendants themselves. The judge will decide whether to respond to your letter and whether your letter should be included in the court file. If you seek specific action, you should file a motion instead of writing a letter.

**Keeping Your Address Current:**
The court will send all correspondence to you at the address you provide at the time you file the complaint. If you consent to electronic notification, the court will send notifications to you at the email address you provide on the consent form. If your physical address or email address changes at any time before your case is concluded, you must inform the court and the defendants of your new address in writing. Failure to do this may result in your case being dismissed.

**Who You Can Represent:**
As a Self-Represented litigant, with limited exceptions, you can represent only yourself. Corporations and partnerships must be represented by counsel. Parties planning to begin or defend an action on behalf of a corporation or partnership may not appear Self-Represented in the District of Connecticut. Since a Self-Represented litigant may not act as a class representative in a class action, Self-Represented litigants may not file class action lawsuits. Furthermore, a non-attorney parent may not appear Self-Represented on behalf of a child, except to appeal the denial of social security benefits to that child.

**Court-appointed Counsel:**
Self-Represented litigants may ask the court to appoint counsel for them. There is no constitutional right to counsel in a civil case. Counsel is appointed in a few select cases where the court determines that representation by an attorney is particularly appropriate or necessary. However, counsel will be appointed only if the court determines that the claim has sufficient merit to justify imposing on an attorney to accept the case. Because the court must evaluate the claim for merit before appointing an attorney, the court does not appoint counsel to assist Self-Represented litigants in drafting the complaint.

Before the court will consider appointing counsel, the Self-Represented litigant must demonstrate that he has made attempts to obtain representation or legal assistance on his own, but was unsuccessful. For example, several law firms declined assistance because the litigant is indigent. Counsel is appointed at no cost to the Self-Represented litigant unless the court finds that the litigant has access to funds, including proceeds from the lawsuit, from which a reasonable attorney's fee can be paid.

If you would like to request that the court appoint counsel to represent you in your lawsuit, you must file a Motion for Appointment of Counsel. You may file the



motion along with your complaint or at any later time.  You may obtain a Motion for Appointment of Counsel form in the Clerk's Office or on the court's website, www.ctd.uscourts.gov.  If your motion is denied, it is your responsibility to do all things required to diligently prosecute your lawsuit, including responding to discovery requests and trying your case in court.  Failure to diligently prosecute your case or failure to follow the procedures established in the Federal Rules of Civil Procedure and Local Civil Rules may result in the dismissal of your case.

**Removal:**
Removal is the transfer of a case from one court to another.  Removal usually is done when the plaintiff files a complaint in state court, but includes a claim that properly may be filed in federal court.  If the defendant wants the lawsuit to be resolved in federal court, the defendant may remove the case from state court to federal court by filing a Notice of Removal along with copies of all of the papers filed in state court.  A plaintiff cannot remove a case from state court to federal court.

**Electronic Filing:**
Self-Represented litigants may seek permission to file documents electronically.  To do so, the Self-Represented litigant must file a Motion to Participate in Electronic Filing.  The motion may be found on the court's website, www.ctd.uscourts.gov.  If the motion is granted, the Self-Represented litigant must complete the court's training class on electronic filing for Self-Represented litigants before they can start to file documents electronically.

The motion requires the litigant to confirm that he has access to a computer with the following capabilities:

- Access to the internet via Internet Explorer (Version 6 or greater) or Mozilla Firefox (any version).  The computer must have one of these internet browsers, which are free downloads.

- Adobe Reader (Version 7 or greater) Adobe Reader is a free download.

- Ability to create PDF files.  This may be done with a scanner using MS Word (Office 2007 or greater) or Word Perfect (Version 10 or greater).  PDF documents also may be created using a product called Adobe Writer.



# PRIVACY POLICY

In compliance with the E-Government Act of 2002, to address the privacy concerns created by internet access to court documents, litigants should not include sensitive information in any document filed with the court unless such inclusion is necessary and relevant to the case. If sensitive information must be included, the following personal data identifiers **must** be partially redacted from the pleading whether it is filed traditionally or electronically:

- Names of minor children **to the initials** [e.g. P.J.]
- Financial account numbers **to the last four digits** [ e.g. Account ending in 1234]
- Social Security numbers **to the last four digits** [e.g. XXX-XX-1234]
- Dates of birth **to the year only** [e.g. DOB 1970]
- In criminal cases, the home address **to city and state only** [John Doe, Windsor, CT]
*The Clerk is not responsible for reviewing the documents.*

Counsel are encouraged to exercise caution when filing documents that contain the following:

- Personal identifying number such as a driver's license number
- Medical records, treatment and diagnosis
- Employment history
- Individual financial information
- Proprietary or trade secret information
- Information regarding a party's cooperation with the government
- Information regarding the victim of any criminal activity
- National security information
- Sensitive security information as described in 49 USC 114(s)

## TRANSCRIPTS
Pursuant to Judicial Conference Policy, transcripts are publicly available through the CM/ECF system beginning 90 days after they are e-filed by the court reporter. The judiciary's privacy policy restricts the publication of certain personal data in documents filed with the court, as indicated above. If such information is elicited during testimony or other court proceedings, it will become available to the public when the official transcript is filed at the courthouse unless, and until, it is redacted. The better practice is to avoid introducing this information into the record in the first place. Please take this into account when questioning witnesses or making other statements in court. If a restricted item is mentioned in court, a motion may be made to have it stricken from the record or partially redacted to conform to the privacy policy, or the court may do so on its own motion. Please refer to our website www.ctd.uscourts.gov, for detailed information.

Robin D. Tabora,
Clerk

18

# FREQUENTLY REQUESTED FORMS

- Guide for Self-Represented Litigants

- Complaint Form

- Complaint Civil Rights

- Complaint Employment Discrimination

- Complaint Social Security

- Social Security Statistical Information Sheet

- Civil Cover Sheet

- Motion for Leave to Proceed In Forma Pauperis

- Motion by Pro Se Litigant to Participate in E-Filing

- Motion for Appointment of Counsel

- Motion for Appointment of Counsel -Grand Jury Matter

- Financial Affidavit -CJA 23

- Notice of Consent to Electronic Notice -Pro Se Litigant

- Notice of Appearance

- Notice of Appeal-Civil

- Notice of Appeal-Criminal

- Motion for Extension of Time to File an Appeal

- Instructions on How to File a Complaint Against an Attorney

- Instructions on How to File a Complaint Against a Judicial Officer

19





# Inmate Administrative Remedy Form
## Connecticut Department of Correction

CN 9602
REV 9/20/17

| Facility/Unit: _Walker Correctional Instition_ | Date: _Oct 14, 20_ |
|---|---|
| Inmate name: _David Williams_ | Inmate number _252464_ |

**SECTION 1: SELECT ADMINISTRATIVE REMEDY A, B or C BELOW.**

Follow the instructions and Refer to Section 2 below
*(for property claims, complete form CN 9609, Lost/Damaged Property Investigation Form and deposit in the 'Administrative Remedies' box).*

| | |
|---|---|
| A. ☐ | **I am filing a Grievance.** <br> • Prior to filing a grievance, you must attempt informal resolution. <br> • Attach a copy of CN 9601, Inmate Request Form with the staff member's response **OR** state in Section 4 the reason why the form is not attached. <br> • Grievances must be filed within 30 days of the occurrence or discovery of the cause of the grievance. |
| B. ☑ | **I am requesting a Health Services Review:** |

| ☐ All Other Health Care Issues | ☑ Diagnosis/Treatment | **Complete Section 4** |
|---|---|---|

I am filing an Appeal of a (select one below): *(Appeals must be filed within 15 days of notification of a decision.)*

| | | | | |
|---|---|---|---|---|
| C. ☐ | ☐ Disciplinary Action | | > | **Complete Section 3 below** |
| | ☐ Special Management Decision | ☐ Classification Decision | > | |
| | ☐ Media Review Committee Decision | ☐ Furlough Decision | > | **Complete Section 4** |
| | ☐ Security Risk Group Designation | ☐ ADA Decision | > | |
| | ☐ Determination of Grievance Process Abuse | ☐ Rejection of Outside Tapes/CDs | > | |
| | | ☐ Rejection of Correspondence | > | |

**SECTION 2: OTHER REQUIREMENTS FOR USING THE INMATE ADMINISTRATIVE REMEDY PROCEDURE**
Read and comply with the instructions below, then complete Section 4 (State the Problem) on the reverse side.

- Only one request for an administrative remedy must be submitted on this form.
- The request for an administrative remedy and the action sought should be stated simply and coherently.
- The length of this request for an administrative remedy shall be restricted to the space available in Section 4 and one (1) additional 8 1/2 x 11 inch page.
- This request for an administrative remedy must be free of obscene or vulgar language or content.
- This request for an administrative remedy must be filed by the inmate who is personally affected by the subject of the request and shall not be filed by an inmate on behalf of another.
- A repetitive request for administrative remedy may not be filed by the same inmate when a final response has been provided and there has been no change in any circumstances that would affect the response; or when the initial request for an administrative remedy is still in process.

**SECTION 3: DISCIPLINARY SECTION – Complete this Section for a Disciplinary Appeal ONLY**

- You may file a Disciplinary Appeal **ONLY** if you have pleaded not guilty and have been found guilty at a disciplinary hearing.
- If so, complete this section; then complete Section 4 (State the Problem) on the reverse side. >>>

| Offense: | Report date: |
|---|---|
| Facility where hearing was conducted: | Date of hearing: |

| Did you have an advisor? ☐ yes ☐ no | If yes, name of advisor: |
|---|---|
| Did you identify witness (es) to the investigator? ☐ yes ☐ no | Did your witness (es) testify? ☐ yes ☐ no |

Name(s) of any witness(es):

29

**CONFIDENTIAL**
(FOR OFFICIAL USE ONLY)

Inmate name: David Williams

Inmate number: 258464    Housing: C-1-35

---

**SECTION 4: STATE THE PROBLEM AND REQUESTED RESOLUTION**
- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT.

Oct, 9, 20 I was transported to MacDougall-Correctional Instition to see the Eye Doctor to have my Eyes tested and on my way back the officer said hes not going to double lock the handcuffs we was Restrain in the van with no seat belts I David Williams and two other inmate on our way Back to Walker Correctional Instition, hands and feet shackle down I was the last to enter the van in the front seat Behind the driver Between the metal wall plate and Plastic glass, my Knees was stuck in Between it with no room The driver got in and was Checking his phone and texting back and fourth until he crashed into the Building on the wall pole I didn't get no medical attention from 8:30am - 9:30am I was not seen until 1:15pm and Ive Been asking for a MRI and I have not getting it on my request Back on it none of the pills are not working.

Inmate signature: David C Williams    Date: Oct 16/20

- For all remedies except health services, deposit this form in the Administrative Remedies box.
- For a health services issue, deposit this form in the Health Services box.

**SECTION 5: DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW**

Date Received: 11/3/2020    IGP #: B1-39208-2020    T#: (114)

Disposition: Return without disposition.    Date of Disposition:

Reason: See Attach.

D. Culpec

☐ You have exhausted DOC's Administrative Remedies.    ☐ This matter may be appealed to:

Signature:    Date: 11/3/2020

# Grievance Returned Without Disposition
## Connecticut Department of Correction

CN 9606
REV 1/31/09

Inmate name: Williams, David

Inmate number: 252464

Facility/Unit: MWCI

Housing unit: C-35B

Date: 11/3/2020

Return log number: 137 29208-2020

**Your attached grievance is being "Returned Without Disposition" for the following reason(s).**

In accordance with Administrative Directive 9.6, Inmate Administrative Remedies, Section 6(E), a grievance may be **Returned Without Disposition** to the inmate for the following reasons:

1. ☑ An inmate shall attempt to resolve a problem through the Inmate Request System prior to filing a grievance. The inmate shall attach CN 9601, Inmate Request Form, containing the employee's response, or explain why it is not attached (see comments below).

2. ☐ A grievance must be filed on CN 9602, Inmate Administrative Remedy Form.

3. ☐ Each grievable matter shall be submitted on a separate CN 9602, Inmate Administrative Remedy Form.

4. ☐ The grievance and the action requested should be stated simply and coherently.

5. ☐ The length of the grievance shall be restricted to the space available on the face of the grievance form and one additional page.

6. ☐ The grievance must be free of obscene or vulgar language or content.

Comments:

**You may resubmit your grievance when it is in compliance with Administrative Directive 9.6, Inmate Administrative Remedies.**

Administrative Remedies Coordinator: R Whelpee

Date: 11/3/2020

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: David Williams

Inmate number: 282464

Facility/Unit: Walker CF

Housing unit: C-1-35

Date: 11-15-20

Submitted to: Dear Miss Dow

Request: This is very Important I spoke to Mr. Hernandez about what Happen to me on Sunday on Camera I was called to the Bubble and the officer that crashed the Van I was in he started yelling at me about the accident saying I am a asshole this isn't going to End well I. told you I would of getting U some T shirts + Boxers & I would of kept my Mouth shut he then followed me to my Cell at 11:15 am You such are you such

Nov, 14th 20    continue on back if necessary

Previous action taken: he stood at my cell for at lease 10mm talking shit to me I Need to speak to you in person My celly witness Everything I wouldn't speak Back to him (officer) he's been Harassin me and now threats ME "enjoy the

continue on back if necessary

Acted on by (print name): Rest of your Day    Title:

Action taken and/or response: P.S. I want to put in for A Restrain order

My Celly Name # Daniel Akinsanya
#400415 inmate NUMBER

continue on back if necessary

Staff signature:    Date:

VERY IMPORTANT

# Inmate Request Form
## Connecticut Department of Correction

DATE: _9/10/2020_

CN 9601
REV 1/31/09

Inmate name: David Williams

Inmate number: 252464

Facility/Unit: Walker CI

Housing unit: C-1-48

Date: 9-8-20

Submitted to: Eye Doctor / Medical

Request: Dear Sir Can [you please] call me down for a check up my Eye Tiren op ault I am haven problems so close in front of and me I so called missed. Step twice to day My vission has gotten Blowrie this last two months and I Notice its getting harder to see, Thank Yu verymuch and Enjoy the rest of your day and stay safe.

**continue on back if necessary**

Previous action taken:

**continue on back if necessary**

Acted on by (print name):

Title:

Action taken and/or response:

Your name has been added to the optometry list. Please be patient.

Medical

con[tinue on back if] necessary

Staff signature: McCu a

Date: 9/10/2020

To: EYE Doctor/medical
C-1-48
Very Important

4/10/2020



RECEIVED: _____

**Inmate Request Form**   DATE: __10/15/2020__   CN 9601
Connecticut Department of Correction                    REV 1/31/09

Inmate name: David Williams                    Inmate number: 262464

Facility/Unit: Walker CI          Housing unit: C-1-35    Date: Oct 13 20

Submitted to: Mental-Health

Request: Mr. Santaniero / Miss Bridges
I need to speak to you right away another
Day cant pass I am over whelm with Stress
and I am not Sleeping I am haven nightmare's
I was just in a accident I am crying
night and day and feel like given up I need
help now please.

*continue on back if necessary*

Previous action taken: Seen 10/14  11:25 am  for Emergency Sick call. 4T
Chest Pain  Normal EKG  10/9 X-Ray  non-Fx  motrin + BB Rx

*continue on back if necessary*

Acted on by (print name):                    Title:

Action taken and/or response:

*continue on back if necessary*

Staff signature:                    Date:

## Inmate Request Form
### Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: DEAR David Williams    Inmate number: 252464

Facility/Unit: Walker CI    Housing unit: C-1-35    Date: 10-16-20

Submitted to: MEDical

Request: To Have a MRI Done on my Back and Neck I cant feel Nothing and its a Burning feeling all Day long I ask to see MEDical today I went to Officer in the controll Room in the Block please Someone Help me sometimes I cant feel my feet thank You verymuch and Enjoy Your Day.

*continue on back if necessary*

Previous action taken:

*continue on back if necessary*

Acted on by (print name):    Title:

Action taken and/or response:

*continue on back if necessary*

Staff signature:    Date:

RECEIVED:

DATE: 11/3/202_

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV. 1/31/09

Inmate name: David Williams          Inmate number: 252464

Facility/Unit: ~~New Haven CCC~~ Walker   Housing unit: C-1-35   Date: Nov, 2,20

Submitted to: Dear Medical

Request: I ~~need~~ to see the Doctor I am
in some pain my Back and my Neck
is killing please I ~~need~~ to see
someone twice I had the pain go
down my Leg please can I see
some one thank You verymuch and
have a good day.

*continue on back if necessary*

revious action taken:

*continue on back if necessary*

Acted on by (print name): G. Hite     Title: RN

Action taken and/or response:
12/31/20 - Flexeril for back pain,
seen on 12/9/20

*continue on back if necessary*

Staff signature: [signature] RN     Date: 12/31/20

To: Medical

Verify Important

C-1-35

DATE: 11/10/22

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

| Inmate name: David Williams | Inmate number: 252464 |
|---|---|

| Facility/Unit: Walker CI | Housing unit: C-1-35 | Date: 11-9-20 |
|---|---|---|

Submitted to: Medical

**Request:** Can You please have me see the Doctor my Back and Neck is Killing me my lower Back is tight and a sharp pain keeps hitting Every time I move the wrong way my Neck is hurting aslong as well
Thank You very much Injoy Your Day very Important.

*continue on back if necessary*

**Previous action taken:**

*continue on back if necessary*

| Acted on by (print name): G. Hite | Title: RN |
|---|---|

**Action taken and/or response:**

12/31/20 - You are on Neuront for back pain, seen on 12/9/20

*continue on back if necessary*

| Staff signature: J. Nun RN | Date: 12/31/20 |
|---|---|

To: Medical
VERY Important
C-1-33

CRU4

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: David Williams

Inmate number: 252464

Facility/Unit: WALKER CI

Housing unit: C-1-35

Date: X bu 13, 20

Submitted to: Doctor

Request: Can you please call me Down Iam
in a lot of pain my Back and Neck
is killing me this my second time
writen tobe seen this week I
was in a accident thank you very
much the muscle pills for 14 days
didnt help thank you very much and Enjoy
the rest of you Day

*continue on back if necessary*

Previous action taken:

RECEIVED: Mcc Area

DATE: 11/16/2020

*continue on back if necessary*

Acted on by (print name): B.Hte

Title: RN

Action taken and/or response:

12/31/20 - Flexeril W/o fo back pain

Appt made I MD, please wait

*continue on back if necessary*

Staff signature: A Niro RN

Date: 12/31/20

To: Medical
Very Important!

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: David Williams

Inmate number: 252464

Facility/Unit: Walker CI    Housing unit: C-1-35    Date: 11-20-20

Submitted to: Dear Medical

Request: This my third Letter to You I am haveing SERVER Back pain and NECK pain Thursday anc Wednesday I started PEEIN Blood EVERY time I piss I NEED to SEE a Doctor thank You very much and enjoy your Day.

Requesting a copy in my master file

continue on back if necessary

Previous action taken:

RECEIVED: _____

DATE: 11/22/20

continue on back if necessary

Acted on by (print name): B. Hite    Title: RN

Action taken and/or response:

12/31/20- Appt made c MD Please wait

continue on back if necessary

Staff signature: H Hite RN    Date: 12/31/20

To The Officer
very Important



# Inmate Request Form
## Connecticut Department of Correction



CN 9801
REV 1/31/09

Inmate name: David Williams

Inmate number: 252464

Facility/Unit: WALKER CT

Housing unit: C-1-35

Date: 11-20-20

Submitted to: Dear Medical

Request: This is my third Letter to You I am haveh server Back pain and Neck pain Thuesday and Wednesday I straight pee'n Blood every time I piss I need to see a Doctor thank You verymuch and Enjoy Day.

Requesting a copy in my Master File

*continue on back if necessary*

Previous action taken:

*continue on back if necessary*

Acted on by (print name):

Title:

Action taken and/or response:

*continue on back if necessary*

Staff signature:

Date:

## A. JURISDICTION

Because federal courts cannot hear every kind of claim, you must identify the law that says this court can hear your claim. There are two possibilities. Check one.

I can bring my amended complaint in federal court because I am suing:

1. _DW ✓_ State, county or city employees for violating my federal rights under 42 U.S.C. Sec. 1983/1985/1986; OR

2. _____ Federal employees for violating my federal rights under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. Sec. 1331.

## B. PLAINTIFF (THE PERSON FILING THIS AMENDED COMPLAINT)

If there is more than one plaintiff, attach additional pages. Provide items a, b, and c for each plaintiff.

1. First Plaintiff
   a. Full Name: _David Williams_

   b. Inmate Number: _25-2464_

   c. Correctional facility: _MacDougall-Walker, CI 1153 East St South, Suffield, CT 06080_

## C. DEFENDANT (THE PERSON WHOSE ACTIONS YOU ARE COMPLAINING ABOUT)

If you are suing more than six defendants, attach additional pages. Provide items a, b, and c for each defendant.

1. First Defendant
   a. Full Name: _John Doe_

   b. Rank or Title: _C/O Officer/Driver_

   c. Workplace: _Department of Correction MacDougall/Walker CI 1153 East St South, Suffield, CT 06080_

2.  Second Defendant
    a.  Full Name: _Department of Correction_

    b.  Rank or Title: _Prison_

    c.  Workplace: _Jail_

3.  Third Defendant
    a.  Full Name:

    b.  Rank or Title:

    c.  Workplace:

4.  Fourth Defendant
    a.  Full Name:

    b.  Rank or Title:

    c.  Workplace:

5.  Fifth Defendant
    a.  Full Name:

    b.  Rank or Title:

    c.  Workplace:

6.  Sixth Defendant
    a.  Full Name:

    b.  Rank or Title:

    c.  Workplace:

## D. REASON FOR AMENDED COMPLAINT

**WARNING: Contact Inmate Legal Aid Program. Common mistakes can get your case dismissed as frivolous or for failure to state a good legal claim.** If this happens, you will still have to pay the filing fee, even if you are proceeding in forma pauperis. To avoid losing your filing fee, please read this information carefully and consult Inmate Legal Aid Program before you file.

*Revised 12/13/18*

3



You do not need to cite to the Constitution, any statutes, or any cases. However, it is important to be specific about dates, times, and the names of the people involved. It is helpful to put each important fact in a separate, numbered paragraph.

If you do not know the name of the person who harmed you, call that person Defendant Doe and provide some information from which it will be possible to identify the person - for example, gender, rank and shift. If there is more than one defendant whose name you do not know, call them Defendant Doe1, Defendant Doe2, and so on.

Here is an example of the proper way to describe your claims:

<u>Example of Statement of Case</u>
1. On April 12, 2015, I fell and injured my foot during a basketball game with other prisoners.
2. After the game, I asked Defendant CO Brian Smith to let me see the nurse. Defendant CO Brian Smith told me that I could not see the nurse because it was not an emergency.
3. During the afternoon, my foot became swollen and very painful.
4. At about 5 p.m., in the presence of my cellmate Bill Bloggs, I told Defendant Lieutenant Jane Doe, who was the shift supervisor, that I needed a doctor and showed her my swollen foot.
5. Defendant Lieutenant Jane Doe brought me two Tylenol and told me that I could not see the nurse until sick call the next morning.
6. The next day, I could not get out of bed because my foot was so swollen and painful. I had to go to hospital and have an operation to fix my foot.
7. I had to take pain medication for two months after the operation and have needed a walking stick for support since that time.
Now describe your claims.

Statement of Case
1. On October, 10, 9,20 I was transported to MacDougall Correctional Institution to see the Eye Doctor to Have my Eyes checked the Doctor said I have Early stage of Glaucoma
2. So He said I need to see a outside Hospital on our way Back the Transport officer C/o for Deparment of Correctional said he's not going to put on the Handcuff all the way so He did't double lock it
3. So Hands and feet shackle no seatbeLt it was a GMC Blue Van

4. I was the last to Enter in the front seat behind the Driver I was Between a metal an plastic

Plate," Glass" My, Knee's was stuck Between it

5. with no room at all the Officer got in Driver Side turn on van, And he started checking his Cell phone He Kept it Between his Knee's the Hold

6. time he start texting Someone, and was going Back and forth playing a game on His phone the Hold time we are Driving He crashed into

7. the Building while he was texting on his phone He told me to shot my mouth and he will get me Tshirt Boxer's & I don't say anything

8. I didn't know what to do I was in so much pain Between 8:30 am 9:30 am the was a code Blue or white so I am stuck in the Bull pin for another twenty min I told the officer that was working I was in a

9. accident he didn't take me serious, I did see medical all day I stood up on my feet until 1:15 pm from this morning Because my neck and Knee Back was Killing me when I saw Counselor Supervisor Miss Dow

10. and Cousselor Mr Hernandez he works for parole now they yelled out what you was hurt this morning she Ran to a phone and called medical Right away.

If you need more space, attach additional pages, but be as brief as possible.

## E.    REQUEST FOR RELIEF

Tell the court what kind of relief you want.  **Remember**: (1) You can only get money damages for mental or emotional injury if you were also physically injured; (2) Money damages may be reduced to pay restitution to victims of your crime and fees for a courtappointed attorney, if you had one; (3) You cannot use a Section 1983 or *Bivens* action to request release from custody, a reduction in your sentence, or a restoration of good time credits.  For any of these, you must request a Writ of Habeas Corpus.

I would like to put in for a law suit, and for Emotional injury And my physicall injurey, I saw another Doc for yester Day March, 3, 21 He said I am Been Expose to e said to much "Raydiation", I want a restraining order the office posic R threating me on Nov, 14, 20 11:15AM on cameras I am still Haven Neck an Backs pain my Knee is still

swolling the 6 Doctor check my Knee yeste R-Day march, 3, 2021

Accident my knee and Back neck is still in Bad shape my Eye sight has gotting worst since that Day and I have not been to a Hospital like the Doctor scheule me togo to outside Hospital

F. **DO YOU WISH TO HAVE A JURY TRIAL? YES** ___✓___ **NO** _____

G. **DECLARATION UNDER PENALTY OF PERJURY**

Warning: You must sign this or your complaint will not be filed.

By signing this complaint, I certify under penalty of perjury that the information contained in this complaint is true and accurate to the best of my knowledge. I understand that if I lie in this complaint, I may be prosecuted for perjury, and punished with as much as five (5) years in prison and/or a fine of $250,000. See 18 U.S.C. Sections 1621, 3571.

Signature: _David Williams_

Signed at _MacDougall Walker CF_ on _3/3/2021_ Feb 8, 22
(Location)                                    (Date)

Nicole Gagon says her office took a long time to send back papper work

If there are additional plaintiffs, attach another page with the name and signature of each plaintiff on it. **The complaint cannot be filed without a signature from each plaintiff.**

H. **FINAL INSTRUCTIONS**

WARNING: Your complaint will not be filed unless you complete each of these steps:

1.    Answer all questions on the complaint form.

2.    Sign the Declaration under Penalty of Perjury on p. 7

Remember, the Clerk cannot file your complaint unless you take all of the steps above.

*Revised 12/13/18*





David Williams # 15246
MacDougall-Walker CI
153 East Street South
Suffield, CT 06080

To: Attorney Nicole Gaginon
54 West Main Street
Mystic, CT 06355

RECEIVED
MAR 12 2021
BY: _____

NEOPOST
03/10/2021
US POSTAGE $000.36⁰
ZIP 06080
041M11292708



# Inmate Request Form
**Connecticut Department of Correction**

CN 9601
REV
04/30/2021

| Inmate name: | Inmate number: |
|---|---|

| Facility/Unit: | Housing unit: | Date: |
|---|---|---|

Submitted to:

Request:

**continue on back if necessary**

Previous action taken:

**continue on back if necessary**

| Acted on by (print name): | Title: |
|---|---|

Action taken and/or response:

**continue on back if necessary**

| Staff signature: | Date: |
|---|---|

**Walker Building**

1153 East Street, South, Suffield, CT, USA 06080

(860) 292-3400

*01/19/2021  07:49 AM*

Page      1

**Medications Report**

| DAVID WILLIAMS | | |
|---|---|---|
| 46 Years Old Male   DOB: 01/02/1975 | 5322 | |

**Medications**                                                    **Last Reviewed: 10/19/2018**

---

**IBUPROFEN 800MG TAB (500.00) (IBUPROFEN),  1 tab tid**        **Prescriptions/Refills**

```
    Med Status: Active Medication              #na x na,  01/13/2021, Syed J. Naqvi
    Last Refill:                              MD
    Start Date: 01/13/2021
     Stop Date: 03/14/2021
   Stop Reason:
    Entered By: Syed J. Naqvi MD
    Entry Date: 01/13/2021  10:02 AM
       Comment: kop
```

**CYCLOBENZAPRINE 10MG TAB (500.00)**                           **Prescriptions/Refills**
**(CYCLOBENZAPRINE HCL),  1 tab qhs**

```
    Med Status: Active Medication              #na x na,  01/13/2021, Syed J. Naqvi
    Last Refill:                              MD
    Start Date: 01/13/2021
     Stop Date: 01/20/2021
   Stop Reason:
    Entered By: Syed J. Naqvi MD
    Entry Date: 01/13/2021  10:02 AM
       Comment: dot
```

**GABAPENTIN 300MG CAP (500.00) (GABAPENTIN),  1 cap bid**    **Prescriptions/Refills**

```
    Med Status: Active Medication              #na x na,  01/13/2021, Syed J. Naqvi
    Last Refill:                              MD
    Start Date: 01/13/2021
     Stop Date: 03/14/2021
   Stop Reason:
    Entered By: Syed J. Naqvi MD
    Entry Date: 01/13/2021  10:03 AM
       Comment: dot
```

SCANNED at mwci
and Emailed
2/10/22 by H   91 pages
date      initials    No.

*Report run by Nancy A. Sessa*

**Walker Building**

1153 East Street, South, Suffield, CT, USA 06080

(860) 292-3400

*01/19/2021  07:48 AM*

Page    1

**Problems Report**

---

**DAVID WILLIAMS**

46 Years Old Male   DOB: 01/02/1975                    5322

---

**Shoulder joint pain, left**                    **Assessments**

```
Problem Status: Active Problem
 Problem Type: Dx of
 Problem Code: ICD-719.41, ICD10-M25.512
  Onset Date: 10/09/2020
    End Date: <no end date>
  End Reason:
  Entered By: Sarah Schauer APRN
  Entry Date: 10/09/2020  1:46 PM

Comments:
```

**Back pain, acute**                    **Assessments**

```
Problem Status: Active Problem
 Problem Type: Dx of
 Problem Code: ICD-724.5, ICD10-M54.89
  Onset Date: 10/09/2020
    End Date: <no end date>
  End Reason:
  Entered By: Sarah Schauer APRN
  Entry Date: 10/09/2020  1:45 PM

Comments:
```

**Neck pain, acute**                    **Assessments**

```
Problem Status: Active Problem
 Problem Type: Dx of
 Problem Code: ICD-723.1, ICD10-M54.2
  Onset Date: 10/09/2020
    End Date: <no end date>
  End Reason:
  Entered By: Sarah Schauer APRN
  Entry Date: 10/09/2020  1:45 PM

Comments:
```

**Dental caries extending into pulp**                    **Assessments**

```
Problem Status: Active Problem
 Problem Type: Dx of
 Problem Code: ICD-521.03, ICD10-K02.63
  Onset Date: 06/26/2020
    End Date: <no end date>
  End Reason:
  Entered By: George L Bozzi DDS JD
  Entry Date: 06/26/2020  9:39 AM

Comments: # 32
```

**Walker Building**                                    *January 19, 2021*
Lab Report                                              Page 1

**DAVID WILLIAMS   INMATE ID #: 00252464   46 Years Old**
**DOB: 01/02/1975 Race: Black or African American   Gender: Male**
**LOC: 114 C 37B   Med Score: 2 Sub Score: .....   MH Score: 3 Sub Score: ....**

**01/15/2021 - Lab Report: COVID 19 DIAGNOSTIC**
**Provider: Sarah Schauer APRN**
**Location of Care: State of Connecticut Department of Correction**
**Status: UNSIGNED DOCUMENT**

Patient: DAVID  WILLIAMS
ID: Quest-NEL WC064350K
Note: All result statuses are Final unless otherwise noted.

Tests: (1) COVID 19 DIAGNOSTIC (31685)
 SARS CoV 2 REAL TIME (RT) PCR, DIAGNOSTICS
                        Not Detected                Not Detected      *1
    2019-novel Coronavirus (2019-nCoV) not detected by the qRT-PCR assay.
    Consider testing for other respiratory viruses or re-collecting for
    2019-nCoV testing. Note: Optimum timing for peak viral levels during
    infections caused by 2019-nCoV have not been determined. Collection of
    multiple specimens from the same patient may be necessary to detect the
    virus.

    Please review the Fact Sheets:
    https://covid-19-test-
info.broadinstitute.org/downloads/CRSP_Patient_FactSheet.pdf
    https://covid-19-test-
info.broadinstitute.org/downloads/CRSP_HCP_FactSheet.pdf
    Methods and Limitations:
    This Laboratory Developed Test is a high-throughput version of the CDC
    2019-nCoV Realtime RT-PCR test and has been validated in accordance with
    the guidance issued by the College of American Pathologists (Mar 19,
    2020) and the FDA (Feb 29th, 2020).  This test has not been FDA cleared
    or approved but has been authorized by FDA under an EUA for this
    laboratory. This test is only authorized for the duration of the
    declaration that circumstances exist justifying the authorization of
    emergency use of in vitro diagnostic tests for detection and/or
    diagnosis of COVID-19 under Section 564(b)(1) of the Act, 21 U.S.C.
    360bbb-3(b)(1), unless the authorization is terminated or revoked
    sooner.  This test has been authorized only for the detection of nucleic
    acid from SARS-CoV-2, not for any other viruses or pathogens.   The test
    was validated for use with respiratory specimens obtained via
    nasopharyngeal, oropharyngeal, or nasal swabs in liquid transport media
    or saline. Nasal swabs may also be sent dry. The performance of this
    test has not been established for other specimens. Specimens collected
    using other FDA recommended Specimen Collection Materials listed in the
    FDA COVID-19 Diagnostic Technologies communication (March 26, 2020) are
    processed with the caveat that they were not all validated for use with
    this test and the result must be interpreted in this context.  Method:
    RNA is isolated from respiratory specimens in approved media using
    MagMAX-96 Viral RNA Isolation Kits (Thermo Fisher Scientific, AMB18365),
    is reverse transcribed to cDNA, and subsequently amplified in the
    Applied Biosystems ViiA7 Real-Time PCR Instrument. This system provides
    qualitative detection of nucleic acid from SARS-CoV-2. For more detailed
    information on the test methods and limitations see
    https://covid-19-test-info.broadinstitute.org/  Positive results are
    indicative of active infection with SARS-CoV-2 but do not rule out
    bacterial infection or co-infection with other viruses. The agent
    detected may not be the definite cause of disease.   Negative results do
    not preclude SARS-CoV-2 infection and should not be used as the sole

**Walker Building**
Lab Report

**DAVID WILLIAMS    INMATE ID #: 00252464    46 Years Old**
**DOB: 01/02/1975 Race: Black or African American    Gender: Male**
**LOC: 114 C 37B    Med Score: 2 Sub Score: .....    MH Score: 3 Sub Score: ....**

basis for patient management decisions. False negative results may occur
if amplification inhibitors are present in the specimen or if inadequate
numbers of organisms are present in the specimen due to improper
collection, transportation, or handling.  If the virus mutates in the
RT-PCR target region, SARS-CoV-2 may not be detected or may be detected
less predictably.  Inhibitors or other types of interference may produce
a false negative result. An interference study evaluating the effect of
common cold medications was not performed.

Note: An exclamation mark (!) indicates a result that was not dispersed into
the flowsheet.
Document Creation Date: 01/16/2021 5:32 PM

_____

(1) Order result status: Final
Collection or observation date-time: 01/15/2021 19:37:00
Requested date-time:
Receipt date-time:
Reported date-time: 01/16/2021 17:26:00
Referring Physician:
Ordering Physician: SARAH SCHAUER (SchauerS)
Specimen Source:
Source: Quest-NEL
Filler Order Number: WC064350K1
Lab site: B22 Broad Institute-Clinical Sequencing Research Platf 320 Charles
St Cambridge MA 02141-2023 Heidi Rehm PhD
Producer ID *1:B22

_____

**Walker Building**
Chart Maintenance

**DAVID WILLIAMS   INMATE ID #: 00252464   46 Years Old**
**DOB: 01/02/1975 Race: Black or African American   Gender: Male**
**LOC: 114 C 37B   Med Score: 2 Sub Score: .....   MH Score: 3 Sub Score: ....**

**01/13/2021 - Chart Maintenance**
**Provider: Cathryn A Boilard RN**
**Location of Care: MacDougall Building**

**Encounter Context**
**Facility at time of evaluation:** MacDougall Building
**Age at Time:** 46 Years Old

## Clinical Lists Changes

**Orders:**
Added new Test order of Provider Sick Call (MDSICKCALL) - Signed

**Electronically signed by Cathryn A Boilard RN on 01/13/2021 at 2:26 PM**

**Walker Building**                                                January 19, 2021
MD Sick Call                                                              Page 1

**DAVID WILLIAMS   INMATE ID #: 00252464   46 Years Old**
**DOB: 01/02/1975 Race: Black or African American   Gender: Male**
**LOC: 114 C 37B   Med Score: 2 Sub Score: .....   MH Score: 3 Sub Score: ....**

**01/13/2021 - MD Sick Call: MD Sick Call**
**Provider: Syed J. Naqvi MD**
**Location of Care: MacDougall Building**

**Encounter Context**
**Facility at time of evaluation:** MacDougall Building
**Age at Time:** 46 Years Old

**Visit Type:** Outpatient
**Source:** Inmate Request
**Problem List**
Shoulder joint pain, left (ICD-719.41) (ICD10-M25.512)
Back pain, acute (ICD-724.5) (ICD10-M54.89)
Neck pain, acute (ICD-723.1) (ICD10-M54.2)
Dental caries extending into pulp (ICD-521.03) (ICD10-K02.63)

**Medication List:** GABAPENTIN 300MG CAP (500.00) (1 cap bid)  Start: 01/13/2021  End: 03/14/2021
CYCLOBENZAPRINE 10MG TAB (500.00) (1 tab qhs)  Start: 01/13/2021  End: 01/20/2021
IBUPROFEN 800MG TAB (500.00) (1 tab tid)  Start: 01/13/2021  End: 03/14/2021
**Allergies List**
* SEASONAL (Mild)

**Orders List**
TB/TST Annual [TSTANNUAL]
On Site Referral - Addiction Services [OBGYN]
Dental - Surgery [DSURG]
On Site Referral - Prescriber (Mental Health) [OSRPMH]
RT MH Score Change [RTMH]
Dental - Operative [DOP]
Dental - Preventative [DPREV]
XR ACROMIOCLAVICULAR JOINTS BILATERAL W +/OR WO WEIGHTS [IMG87]
Bottom Bunk [BottomBunk]
No Recreation [NoRecreation]
Provider Sick Call [MDSICKCALL]

**Chief Complaint:** Neck and back pain

**History of Present Illness: with details regarding duration, frequency, relieving and worsening factors, etc.** Patient had pain in his neck and back since october but claimed he fell yesterday while gong to court and was taken to YNNH where he had X ray/CT scan of Neck/back records are not available at this time

**Review of Systems**
GENERAL SYSTEM: Any Sx Related to System
MUSCULOSKELETAL: Complains of Back Pain. neck and back pain with antalgic gait

**Walker Building**
MD Sick Call

**DAVID WILLIAMS   INMATE ID #: 00252464   46 Years Old**
**DOB: 01/02/1975 Race: Black or African American   Gender: Male**
**LOC: 114 C 37B   Med Score: 2 Sub Score: .....   MH Score: 3 Sub Score: ....**

## Current Vital Signs
**Previous Height:** 72 (10/23/2020 4:52:02 PM)   **Previous Weight:** 203.8 (10/23/2020 4:52:02 PM)
**BMI:** 27.74

## Allergies:
* SEASONAL (Mild)

**No Known Drug Allergies**

## Pain Assessment
**Are you currently experiencing any pain?** Yes

**Location #1**
**Location of pain:** neck
 **Level of Pain:** 5    Moderate/Severe Pain

**Location #2**

**Location of pain:** back

 **Level of Pain:** 5    Moderate/Severe Pain

## PHYSICAL EXAMINATION

### General
The patient is well nourished, well developed, alert and oriented and in no acute distress.

### Musculoskeletal

   **Head & Neck:** Decreased flexion, Decreased rotation, Decreased right lateral bending, Decreased left lateral bending, Decreased extension
   **Spine, Ribs & Pelvis:** Paravertebral spasm - tenderness in lower back, antalgic gait.

## Practitioner Assessment & Plan
**Assessment Comments:** Neck and back pain
Left ankle pain
**Disposition:** General Population

**Plan Comments:** Neck and back pain
Left ankle pain
Ibuprofen
flexeril
Neurontin
f/u in 1-2 weeks.

**Walker Building**
MD Sick Call

**DAVID WILLIAMS   INMATE ID #: 00252464   46 Years Old**
**DOB: 01/02/1975 Race: Black or African American   Gender: Male**
**LOC: 114 C 37B   Med Score: 2 Sub Score: .....   MH Score: 3 Sub Score: ....**

**Education Provided:**
**The individual has been educated regarding the individual's diagnosis and diagnostic results. The**
**individual verbalizes understanding of current health status and expresses verbal consent to**
**current management** Yes

**Interpretation:**
**Does the individual need an interpreter?** No

]

**Electronically signed by Syed J. Naqvi MD on 01/13/2021 at 11:25 AM**

**Walker Building**
Chart Maintenance

**DAVID WILLIAMS   INMATE ID #: 00252464   46 Years Old**
**DOB: 01/02/1975 Race: Black or African American   Gender: Male**
**LOC: 114 C 37B   Med Score: 2 Sub Score: .....   MH Score: 3 Sub Score: ....**

**01/13/2021 - Chart Maintenance**
**Provider: Syed J. Naqvi MD**
**Location of Care: MacDougall Building**

**Encounter Context**
**Facility at time of evaluation:** MacDougall Building
**Age at Time:** 46 Years Old

**Clinical Lists Changes**

**Medications:**
Added new medication of IBUPROFEN 800MG TAB (500.00) (IBUPROFEN) 1 tab tid; Route: ORAL - Signed
Added new medication of CYCLOBENZAPRINE 10MG TAB (500.00) (CYCLOBENZAPRINE HCL) 1 tab qhs; Route: ORAL - Signed
Added new medication of GABAPENTIN 300MG CAP (500.00) (GABAPENTIN) 1 cap bid; Route: ORAL - Signed
Rx of IBUPROFEN 800MG TAB (500.00) (IBUPROFEN) 1 tab tid; Route: ORAL #na x na;  Signed; Entered by: Syed J. Naqvi MD;  Authorized by: Syed J. Naqvi MD;  Method used: Handwritten; Note to Pharmacy: Route: ORAL;
Rx of CYCLOBENZAPRINE 10MG TAB (500.00) (CYCLOBENZAPRINE HCL) 1 tab qhs; Route: ORAL #na x na;  Signed;  Entered by: Syed J. Naqvi MD;  Authorized by: Syed J. Naqvi MD;  Method used: Handwritten; Note to Pharmacy: Route: ORAL;
Rx of GABAPENTIN 300MG CAP (500.00) (GABAPENTIN) 1 cap bid; Route: ORAL #na x na;  Signed; Entered by: Syed J. Naqvi MD;  Authorized by: Syed J. Naqvi MD;  Method used: Handwritten; Note to Pharmacy: Route: ORAL;

**Electronically signed by Syed J. Naqvi MD on 01/13/2021 at 10:04 AM**

**Walker Building**
Covid19 Assessment form

**DAVID WILLIAMS    INMATE ID #: 00252464    46 Years Old**
**DOB: 01/02/1975 Race: Black or African American    Gender: Male**
**LOC: 114 C 37B    Med Score: 2 Sub Score: .....    MH Score: 3 Sub Score: ....**

**01/12/2021 - Covid19 Assessment form: Covid19 Assessment**
**Provider: David M Anglade RN**
**Location of Care: Walker Building**

## Current Vital Signs

**Temperature:** 98degrees
   **Temperature site:** Temporal
**Pulse rate:** 104
   **Pulse rhythm:** Regular
**Respirations:** 18
 **Respiration Type:** Regular
  **Pulse Ox%** 98
  **Room Air:** Yes

## Respiratory Assessment

**Cough** No
**Shortness of Breath** No

## Gastrointestinal

**Diarrhea** No
**Narrative Note:** Inmate returned to 114. Inmate denies having fever, shortness of breath, productive cough, or diarrhea. Covid symptom screening performed.

**Isolation Reason** Covid-19

**Electronically signed by David M Anglade RN on 01/12/2021 at 10:43 PM**

**Walker Building**                                                                 *January 19, 2021*
MH Case Management                                                                        Page 1

**DAVID WILLIAMS   INMATE ID #: 00252464  46 Years Old**
**DOB: 01/02/1975 Race: Black or African American   Gender: Male**
**LOC: 114 C 37B  Med Score: 2 Sub Score: .....  MH Score: 3 Sub Score: ....**

**01/05/2021 - MH Case Management: MH Case Management**
**Provider: James Classon LPC**
**Location of Care: Walker Building**

**Encounter Context**
**Facility at time of evaluation:** Walker Building
**Age at Time:** 46 Years Old

**Reason for Encounter:**  MH 3 Follow Up
**Face to Face Contact?:**  Yes
**Interview Location:**  Cell Side

**Active Medications:**
Active Allergies: * SEASONAL.

**Subjective: :** IM seen cell side, limited facility movement. Attempt privacy. " My eyes are killing me, Ihave requested to see medical a bunch. I dont want to go blind "

**Objective Findings:**  Objective Findings:  A+Ox3; dysthymic; linear thought processes; WNL speech; no psychomotor agitation, slight depression noticed; appropriate eye contact; IM appeared tearful when discussing possible glaucoma related blindness.

Suicidal Ideation:  Absent

Homicidal Ideation:  Absent

**Assessment**

**Active Problems: :** Shoulder joint pain, left (ICD-719.41) (ICD10-M25.512), Back pain, acute (ICD-724.5) (ICD10-M54.89), Neck pain, acute (ICD-723.1) (ICD10-M54.2), Dental caries extending into pulp (ICD-521.03) (ICD10-K02.63).

**Assessment Notes:**  EHR reviewed. Person centered approach was utilized throughout session as a means to let IM express thoughts, feelings, and life events pertinent to his mental health. IM reports increased depression and anxiety. IM requested that he be allowed to, attend doctor visit to discuss PTSD, reported onset of glaucoma, and other mental health and Px health concerns, revisited procedure to request medical provider time to include written request outlining issues to be addressed.  IM reports sleep is "not good, topo much worry about the eyes going " IM reports he is still not able to exercise everyday, due to injuries sustained as passenger in DOC transport van I was going to the other building whent he driver messed up and crashed" . IM reports continued strained family support  considering he has 15 children he hasnt seen for some time.  IM reports he would like to see presciber. Validated IM ability to ask for help, and praised IM for strength it took to be vulnerable and ask for help. IM thoughts logical, coherent, future-oriented, goal-directed, speaking of event planning business he started and plans to re-engage once released. No psychomotor agitation/retardation. Direct, appropriate eye contact and normal speech. Currently stable and denies SI/HI or A/V hall.  Adequate appetite, good judgment/insight. Clinician provided psychoeducation on stress management and supportive counseling. MH shall flu w/IM per case mgmt protocol. IM acknowledges understanding that he shall f/u with MH prn. IM remain MH 3.

**Walker Building**
MH Case Management

**DAVID WILLIAMS   INMATE ID #: 00252464   46 Years Old**
**DOB: 01/02/1975 Race: Black or African American   Gender: Male**
**LOC: 114 C 37B   Med Score: 2 Sub Score: .....   MH Score: 3 Sub Score: ....**

## Plan

Recommended MH Classification:  3
Medication adherence adressed?:  Yes

Education regarding illness and symptoms provided?:  Yes
    Elaborate: Reviewed importance of Rx compliance.
I/M; engage with MHU as scheduled and PRN; continue compliance with MH med regimen; use
appropriate coping methods to address stressors as they present
MHU: engage with I/M as scheduled and PRN

**Electronically signed by James Classon LPC on 01/05/2021 at 7:28 PM**

**Walker Building**
Chart Maintenance

**DAVID WILLIAMS   INMATE ID #: 00252464   46 Years Old**
**DOB: 01/02/1975 Race: Black or African American   Gender: Male**
**LOC: 114 C 37B   Med Score: 2 Sub Score: .....   MH Score: 3 Sub Score: ....**

**12/31/2020 - Chart Maintenance**
**Provider: Gwen Hite RN**
**Location of Care: MacDougall Building**

## Encounter Context
**Facility at time of evaluation:** MacDougall Building
**Age at Time:** 45 Years Old

## Clinical Lists Changes

**Orders:**
Added new Test order of Provider Sick Call (MDSICKCALL) - Signed

**Electronically signed by Gwen Hite RN on 12/31/2020 at 9:05 AM**

**DAVID WILLIAMS   INMATE ID #: 00252464   46 Years Old**
**DOB: 01/02/1975 Race: Black or African American   Gender: Male**
**LOC: 114 C 37B   Med Score: 2 Sub Score: .....   MH Score: 3 Sub Score: ....**

**12/30/2020 - MH Treatment Plan: Mental Health Treatment Plan**
**Provider: James Classon LPC**
**Location of Care: Walker Building**

# Treatment Plan: Situational Depression

**Created by:** Classon LPC, James
**Facility:** Walker Building
**Start Date:** 12/30/2020 **Target Date:** 03/30/2021 **End Date:** In Progress

## Goals:

**Goal:** Alleviate depressed mood and return to previous highest level of daily effective functioning
**Type:** Individual Goals
**Start Date:** 12/30/2020 **Target Date:** 03/30/2021 **End Date:** In Progress
**Measurable Objectives**

- **Measurable Objective:** Describe the signs of symptoms of depression that you are experiencing.
  **Start Date:** 12/30/2020 **Target Date:** 03/30/2021 **End Date:** In Progress
- **Measurable Objective:** Identify the source of your depressed mood
  **Start Date:** 12/30/2020 **Target Date:** 03/30/2021 **End Date:** In Progress
- **Measurable Objective:** Express feelings of hurt, disappointment, shame, and anger that are associated with early life experiences.
  **Start Date:** 12/30/2020 **Target Date:** 03/30/2021 **End Date:** In Progress

# Summaries

No summaries have been added for the patient yet.

*Patient Signature*
_____   _____
**Signature**   **Date**

**Electronically signed by James Classon LPC on 12/30/2020 at 5:11 PM**

**Walker Building**
MH Case Management

**DAVID WILLIAMS   INMATE ID #: 00252464   46 Years Old**
**DOB: 01/02/1975 Race: Black or African American   Gender: Male**
**LOC: 114 C 37B   Med Score: 2 Sub Score: .....   MH Score: 3 Sub Score: ....**

**12/15/2020 - MH Case Management: MH Case Management**
**Provider: James Classon LPC**
**Location of Care: Walker Building**

**Encounter Context**
**Facility at time of evaluation:** Walker Building
**Age at Time:** 45 Years Old

**Reason for Encounter:** Written Request
**Face to Face Contact?:** Yes
**Interview Location:** Room

**Active Medications:**
Active Allergies: * SEASONAL.

**Subjective: :** Inmate seen MHU office. " I put the request in to see medical to get some help with sleep "

**Objective Findings:** Objective Findings:  A+Ox3; dysthymic; linear thought processes; WNL speech; no psychomotor agitation, slight depression noticed; appropriate eye contact;

Suicidal Ideation:  Absent

Homicidal Ideation:  Absent

**Assessment**

**Active Problems: :** Shoulder joint pain, left (ICD-719.41) (ICD10-M25.512), Back pain, acute (ICD-724.5) (ICD10-M54.89), Neck pain, acute (ICD-723.1) (ICD10-M54.2), Dental caries extending into pulp (ICD-521.03) (ICD10-K02.63).

**Assessment Notes:**  EHR reviewed. Person centered approach was utilized throughout session as a means to let IM express thoughts, feelings, and life events pertinent to his mental health. IM reports increased depression and anxiety. IM requested that he be allowed to, attend doctor visit to discuss PTSD, reported onset of glaucoma, and other mental health and Px health concerns,  IM reports sleep is "as crappy as ever, to be expected on the steel cots and paper thin mattress" IM reports he is not able to exercise everyday, due to injuries sustained as passenger in DOC transport van. IM reports family support " is not great" considering he has 15 children he hasnt seen for some time.  IM reports he would like to see presciber. Validated IM ability to ask for help, and praised IM for strength it took to be vulnerable and ask for help. IM thoughts logical, coherent, future-oriented, goal-directed, speaking of event planning business he started and plans to re-engage once released. No psychomotor agitation/retardation. Direct, appropriate eye contact and normal speech. Currently stable and denies SI/HI or A/V hall.  Adequate appetite, good judgment/insight. Stress mgmt skills include exercise, yoga, stretching. Clinician provided psychoeducation on stress management and supportive counseling. MH shall flu w/IM per case mgmt protocol. IM acknowledges understanding that he shall f/u with MH prn. IM remain MH 3.

**Walker Building**
MH Case Management

**DAVID WILLIAMS   INMATE ID #: 00252464   46 Years Old**
**DOB:  01/02/1975 Race: Black or African American   Gender: Male**
**LOC: 114 C 37B   Med Score: 2 Sub Score: .....   MH Score: 3 Sub Score: ....**

## Plan
Recommended MH Classification:  3
Medication adherence adressed?:  Yes

Education regarding illness and symptoms provided?:  Yes
I/M; engage with MHU as scheduled and PRN; continue compliance with MH med regimen; use
appropriate coping methods to address stressors as they present
MHU: engage with I/M as scheduled and PRN

**Electronically signed by James Classon LPC on 12/15/2020 at 8:25 PM**

**Walker Building**
Lab Report

**DAVID WILLIAMS   INMATE ID #: 00252464   46 Years Old**
**DOB: 01/02/1975 Race: Black or African American   Gender: Male**
**LOC: 114 C 37B   Med Score: 2 Sub Score: .....   MH Score: 3 Sub Score: ....**

**12/15/2020 - Lab Report: COVID 19 DIAGNOSTIC**
**Provider: Sarah Schauer APRN**
**Location of Care: State of Connecticut Department of Correction**

```
Patient: DAVID  WILLIAMS
ID: Quest-NEL WC608104H
Note: All result statuses are Final unless otherwise noted.

Tests: (1) COVID 19 DIAGNOSTIC (31685)
! SARS-CoV-2 RNA Resp Ql NAA+probe
                        Not Detected              Not Detected      *1
    2019-novel Coronavirus (2019-nCoV) not detected by the qRT-PCR assay.
    Consider testing for other respiratory viruses or re-collecting for
    2019-nCoV testing. Note: Optimum timing for peak viral levels during
    infections caused by 2019-nCoV have not been determined. Collection of
    multiple specimens from the same patient may be necessary to detect the
    virus.

    Please review the Fact Sheets:
    https://covid-19-test-
info.broadinstitute.org/downloads/CRSP_Patient_FactSheet.pdf
    https://covid-19-test-
info.broadinstitute.org/downloads/CRSP_HCP_FactSheet.pdf
    Methods and Limitations:
    This Laboratory Developed Test is a high-throughput version of the CDC
    2019-nCoV Realtime RT-PCR test and has been validated in accordance with
    the guidance issued by the College of American Pathologists (Mar 19,
    2020) and the FDA (Feb 29th, 2020).   This test has not been FDA cleared
    or approved but has been authorized by FDA under an EUA for this
    laboratory. This test is only authorized for the duration of the
    declaration that circumstances exist justifying the authorization of
    emergency use of in vitro diagnostic tests for detection and/or
    diagnosis of COVID-19 under Section 564(b)(1) of the Act, 21 U.S.C.
    360bbb-3(b)(1), unless the authorization is terminated or revoked
    sooner.  This test has been authorized only for the detection of nucleic
    acid from SARS-CoV-2, not for any other viruses or pathogens.   The test
    was validated for use with respiratory specimens obtained via
    nasopharyngeal, oropharyngeal, or nasal swabs in liquid transport media
    or saline. Nasal swabs may also be sent dry. The performance of this
    test has not been established for other specimens. Specimens collected
    using other FDA recommended Specimen Collection Materials listed in the
    FDA COVID-19 Diagnostic Technologies communication (March 26, 2020) are
    processed with the caveat that they were not all validated for use with
    this test and the result must be interpreted in this context.  Method:
    RNA is isolated from respiratory specimens in approved media using
    MagMAX-96 Viral RNA Isolation Kits (Thermo Fisher Scientific, AMB18365),
    is reverse transcribed to cDNA, and subsequently amplified in the
    Applied Biosystems ViiA7 Real-Time PCR Instrument. This system provides
    qualitative detection of nucleic acid from SARS-CoV-2. For more detailed
    information on the test methods and limitations
    https://covid-19-test-info.broadinstitute.org/  Positive results are
    indicative of active infection with SARS-CoV-2 but do not rule out
    bacterial infection or co-infection with other viruses. The agent
    detected may not be the definite cause of disease.   Negative results do
    not preclude SARS-CoV-2 infection and should not be used as the sole
    basis for patient management decisions. False negative results may occur
```

**Walker Building**
Lab Report

**DAVID WILLIAMS   INMATE ID #: 00252464   46 Years Old**
**DOB: 01/02/1975 Race: Black or African American   Gender: Male**
**LOC: 114 C 37B   Med Score: 2 Sub Score: .....   MH Score: 3 Sub Score: ....**

```
       if amplification inhibitors are present in the specimen or if inadequate
       numbers of organisms are present in the specimen due to improper
       collection, transportation, or handling.  If the virus mutates in the
       RT-PCR target region, SARS-CoV-2 may not be detected or may be detected
       less predictably.  Inhibitors or other types of interference may produce
       a false negative result. An interference study evaluating the effect of
       common cold medications was not performed.

Note: An exclamation mark (!) indicates a result that was not dispersed into
the flowsheet.
Document Creation Date: 12/16/2020 10:42 PM
```

---

```
(1) Order result status: Final
Collection or observation date-time: 12/15/2020 19:24:00
Requested date-time:
Receipt date-time:
Reported date-time: 12/16/2020 22:28:00
Referring Physician:
Ordering Physician: SCHAUER SARAH (SchauerS)
Specimen Source:
Source: Quest-NEL
Filler Order Number: WC608104H1
Lab site: B22 Broad Institute-Clinical Sequencing Research Platf 320 Charles
St Cambridge MA 02141-2023 Heidi Rehm PhD
Producer ID *1:B22


-----------------

The following results were not dispersed to the flowsheet:

  SARS-CoV-2 RNA Resp Ql NAA+probe, Not Detected, (F)
```

**Electronically signed by Sarah Schauer APRN on 12/17/2020 at 8:51 AM**

**Walker Building**
MH Brief Encounter

**DAVID WILLIAMS   INMATE ID #: 00252464   46 Years Old**
**DOB: 01/02/1975 Race: Black or African American   Gender: Male**
**LOC: 114 C 37B   Med Score: 2 Sub Score: .....   MH Score: 3 Sub Score: ....**

**12/14/2020 - MH Brief Encounter: MH Brief Encounter**
**Provider: Shirley A. Watson LCSW**
**Location of Care: Walker Building**

**Encounter Context**
**Facility at time of evaluation:** Walker Building
**Age at Time:** 45 Years Old

**Reason for Encounter:** Written Request
**Face to Face Contact?:** Yes
**Interview Location:** Other
**Other:** confidential area of community room

**Active Medications:**
Active Allergies: * SEASONAL.

**Subjective: :** I/M seen per written request. confidentiality upheld; no MH issues reported

**Objective Findings:** A+ox3; euthymic; linear thought processes; WNL speech; no psychomotor agitation or depression noticed; appropriate eye contact; groomed; future focused

Suicidal Ideation: Absent

Homicidal Ideation: Absent

## Assessment

**Active Problems: :** Shoulder joint pain, left (ICD-719.41) (ICD10-M25.512), Back pain, acute (ICD-724.5) (ICD10-M54.89), Neck pain, acute (ICD-723.1) (ICD10-M54.2), Dental caries extending into pulp (ICD-521.03) (ICD10-K02.63).

**Assessment Notes:** I/M sitting upright on stainless steel bench upon this writer's approach. I/M got up from bench with no expressed injury or pain. Walked to a different area of community room with normal gait. I/M discussed recent request for community reentry materials. I/M briefly discussed focus on obtaining a job once discharged. This writer discussed new MH clinician assigned to housing unit. I/M encouraged to contact new clinician for MH issues and/or concerns. I/M verbalized understanding. I/M denied any SISA/AH/VH. I/M reiterated appropriate coping methods with use PRN. At end of conversation, I/M walked back to stainless steel bench with appropriate gait and sat with no expressed injury or pain. EHR reviewed. I/M appears stable. No other MH intervention or change to current MH classification appear clinically indicated.

## Plan
Recommended MH Classification: 3
Medication adherence adressed?: N/A

Education regarding illness and symptoms provided?: No
I/M: engage with MHU as scheduled and PRN; continue use of appropriate coping methods to address stressors as they present; review received mateirals

**Walker Building**                                             *January 19, 2021*
MH Brief Encounter                                                        Page 2

**DAVID WILLIAMS   INMATE ID #: 00252464   46 Years Old**
**DOB: 01/02/1975 Race: Black or African American   Gender: Male**
**LOC: 114 C 37B   Med Score: 2 Sub Score: .....   MH Score: 3 Sub Score: ....**

MHU: engage with I/M as scheduled and PRN

**Electronically signed by Shirley A. Watson LCSW on 12/14/2020 at 11:05 AM**

**Walker Building**
Nurse Patient Encounter

**DAVID WILLIAMS   INMATE ID #: 00252464   46 Years Old**
**DOB: 01/02/1975 Race: Black or African American   Gender: Male**
**LOC: 114 C 37B   Med Score: 2 Sub Score: .....   MH Score: 3 Sub Score: ....**

**12/09/2020 - Nurse Patient Encounter: Nurse Patient Encounter**
**Provider: Gwen Hite RN**
**Location of Care: MacDougall Building**

**Encounter Context**
**Facility at time of evaluation:** MacDougall Building
**Age at Time:** 45 Years Old

**(S) Chief Complaint**
**Encountered In:** Medical Unit
**Encounter Initiated by:** Inmate Request
**Active Problems:**
Shoulder joint pain, left (ICD-719.41) (ICD10-M25.512)
Back pain, acute (ICD-724.5) (ICD10-M54.89)
Neck pain, acute (ICD-723.1) (ICD10-M54.2)
Dental caries extending into pulp (ICD-521.03) (ICD10-K02.63)

**Inmate Request Complaint #1:** Chest pain
**Inmate Request Complaint #2:** SOB
**New/Additional Complaint:** None Reported
**New/Additional Complaint:** None Reported
**Comments:** "I can't breathe, I have a stuffy nose and my chest burns. I have a headache too"

**Current Vital Signs**
**Previous Height:** 72 (10/23/2020 4:52:02 PM)   **Previous Weight:** 203.8 (10/23/2020 4:52:02 PM)
**BMI:** 27.74

   **Standing BP:** 122 / 77mm Hg
**Temperature:** 97.6degrees
   **Temperature site:** Temporal
**Pulse rate:** 81
   **Pulse rhythm:** Regular
**Respirations:** 16
  **Respiration Type:** Regular
   **Pulse Ox%** 99
   **Room Air:** Yes

**Allergies:**
* SEASONAL (Mild)

**No Known Drug Allergies**

**Pain Assessment**
**Are you currently experiencing any pain?** No

**Walker Building**
Nurse Patient Encounter

**DAVID WILLIAMS   INMATE ID #: 00252464   46 Years Old**
**DOB:  01/02/1975 Race: Black or African American   Gender: Male**
**LOC: 114 C 37B   Med Score: 2 Sub Score: .....   MH Score: 3 Sub Score: ....**

**Integumentary**
Dry
Warm

**Eyes**
N/A
**Nose:** Nares Patent
**Describe:**  Slight nasal stuffiness

**Respiratory**
   **Sinus Symptoms:** Nasal Congestion

Respiratory Procedures

**Cardiopulmonary**
**Chest Pain:**  Denies
**Heart Sounds:** Normal

**Gastrointestinal/Abdominal**
N/A

**Male Genitourinary**
N/A

**Musculoskeletal**
**Upper Extremities: Equal Strength Bilaterally**
**Grasp, Right:**  Equal
**Grasp, Left:**  Equal
**Lower Extremities: Equal Strength Bilaterally**
**Grasp, Right:**  Equal
**Grasp, Left:**  Equal

**Orientation:**
**Alert:** Yes
**Oriented to Person:**  Yes
**Oriented to Place:**  Yes
**Oriented to Time:**  Yes

**Psychosocial**
**Maintains Eye Contact:**  Yes
**Cooperative:**  Yes
**Mood:** Euthymic
**Affect:**  Within normal range

**Endocrine**
N/A

**NANDA Nursing Diagnosis**

**Walker Building**
Nurse Patient Encounter

**DAVID WILLIAMS   INMATE ID #: 00252464   46 Years Old**
**DOB: 01/02/1975 Race: Black or African American   Gender: Male**
**LOC: 114 C 37B   Med Score: 2 Sub Score: .....   MH Score: 3 Sub Score: ....**

**Nursing Diagnosis #1**
   **Domain** Domain 12: Comfort
      **Class:** Class 1. Physical comfort
         **Nurse Diagnosis:** Impaired comfort
**Other Intervention:** I/M came for emergency sick call after telling unit CO he had chest pains and was having a hard time breathing. Upon arrival, VSS, I/M stated, "My nose is stuffy, I have a headache and my chest is burning" I/M denied saying he had chest pain, but stated, "This is an emergency. I can't breathe through my nose." I/M sent back to unit. Lt office notified and DR filed for giving false information with a class B classification.

**Complaint:** Chest pain
**Complaint:** SOB

**Electronically signed by Gwen Hite RN on 12/09/2020 at 3:18 PM**

**DAVID WILLIAMS   INMATE ID #: 00252464   46 Years Old**
**DOB: 01/02/1975 Race: Black or African American   Gender: Male**
**LOC: 114 C 37B   Med Score: 2 Sub Score: .....   MH Score: 3 Sub Score: ....**

**11/19/2020 - General Note: Nurse : Urine Dip**
**Provider: Gwen Hite RN**
**Location of Care: MacDougall Building**

**Encounter Context**
**Facility at time of evaluation:** MacDougall Building
**Age at Time:** 45 Years Old

**General Note**
**General Note Type:** Nurse
**Subject:** Urine Dip
**Note:** Leuk - neg
Nit - neg
Uro - 0.2
Pro - neg
pH - 5.0
Blo - neg
SG - 1.000
Ket - neg
Bil - neg
Glu - neg

**Electronically signed by Gwen Hite RN on 11/19/2020 at 2:40 PM**

**Walker Building**
Lab Report

**DAVID WILLIAMS   INMATE ID #: 00252464   46 Years Old**
**DOB: 01/02/1975 Race: Black or African American   Gender: Male**
**LOC: 114 C 37B   Med Score: 2 Sub Score: .....   MH Score: 3 Sub Score: ....**

**11/05/2020 - Lab Report: SARS-CoV-2 RT-PCR (COVID-19)**
**Provider: Francesco Lupis MD**
**Location of Care: State of Connecticut Department of Correction**

```
Patient: David  Williams
ID: MEDGIS 00252464
Note: All result statuses are Final unless otherwise noted.

Tests: (1) SARS-CoV-2 RT-PCR (COVID-19) (DNASCOV19)
OBSERVATION                   VALUE                    EXPECTED
-----------                   -----                    ---------
 SARS-CoV-2 RT-PCR (COVID-19)
                        NOT-DETECTED (R)
    Interpretation: The viral RNA was not detected, making the COVID-19
diagnosis less likely. Clinical correlation is highly recommended.
    Final report signed by Bisram Deocharan, Ph.D., Laboratory Director
    Tests performed at Sema4 Genomics, Inc

Note: An exclamation mark (!) indicates a result that was not dispersed into
the flowsheet.
Document Creation Date: 11/09/2020 9:28 PM
```

---

```
(1) Order result status: Final
Collection or observation date-time: 11/05/2020 00:00:00
Requested date-time:
Receipt date-time: 11/05/2020 00:00:00
Reported date-time: 11/09/2020 21:10:37
Referring Physician:
Ordering Physician: Francesco Lupis (LupisF)
Specimen Source: NSB
Source: MEDGIS
Filler Order Number: 6000021091
Lab site: MacDougall Walker Correctional Institution
```

**Electronically signed by Francesco Lupis MD on 11/10/2020 at 8:28 AM**

---

**Walker Building**
Refusal of Treatment

**DAVID WILLIAMS   INMATE ID #: 00252464   46 Years Old**
**DOB: 01/02/1975 Race: Black or African American   Gender: Male**
**LOC: 114 C 37B   Med Score: 2 Sub Score: .....   MH Score: 3 Sub Score: ....**

**10/24/2020 - Refusal of Treatment: Refusal of Treatment**
**Provider: Maisha E McFadden LPN**
**Location of Care: MacDougall Building**

**Encounter Context**
**Facility at time of evaluation:** MacDougall Building
**Age at Time:** 45 Years Old

**Refusal of Treatment**
**Refused: Prescribed Medication:**Prescribed Medication
  **Specific Treatment, Service or Mediction:**  flexeril
  **Risks/Benefits Explain:** Yes

*Patient Signature*

_____          _____
*Signature*                                        *Date*


*Medical Staff Signature:*

_____          _____
*Signature*                                        *Date*


*Medical Staff Signature:*

_____          _____
*Signature*                                        *Date*


**Electronically signed by Maisha E McFadden LPN on 10/24/2020 at 10:37 PM**
**Electronically signed by David M Anglade RN on 10/24/2020 at 11:53 PM**
**Electronically signed by David M Anglade RN on 10/24/2020 at 11:53 PM**
**Electronically signed by David M Anglade RN on 10/24/2020 at 11:53 PM**

**Walker Building**
General Note

**DAVID WILLIAMS   INMATE ID #: 00252464   46 Years Old**
**DOB: 01/02/1975 Race: Black or African American   Gender: Male**
**LOC: 114 C 37B   Med Score: 2 Sub Score: .....   MH Score: 3 Sub Score: ....**

**10/24/2020 - General Note: Nurse : REFUSAL OF MEDS**
**Provider: Maisha E McFadden LPN**
**Location of Care: MacDougall Building**

**Encounter Context**
**Facility at time of evaluation:** MacDougall Building
**Age at Time:** 45 Years Old

**General Note**
**General Note Type:** Nurse
**Subject:** REFUSAL OF MEDS
**Note:** i/M CALLED DOWN TO MEDICAL after finding out that prn muscle relaxant had been prescribed for i/m's c/o lower lumbar muscle pain.   Pt teaching performed in description of med, origin of med necessity duration and effectss  of prn med.  i/m denied wanting med after being offered three times and stated that he was told that he would be given a muscle rub and not a pill.  i/m then returned to medical dept 1/2hr later stating that he never said that he didn't want the pill but he should not have been placed on it.   I/m instucted to write to provider for medication order clarification. i/m then sent back to housing unit.

**Electronically signed by Maisha E McFadden LPN on 10/24/2020 at 10:35 PM**

**Walker Building**
MD Sick Call

**DAVID WILLIAMS  INMATE ID #: 00252464  46 Years Old**
**DOB: 01/02/1975 Race: Black or African American  Gender: Male**
**LOC: 114 C 37B  Med Score: 2 Sub Score: .....  MH Score: 3 Sub Score: ....**

**10/23/2020 - MD Sick Call: MD Sick Call**
**Provider:** Sarah Schauer APRN
**Location of Care:** Walker Building

**Encounter Context**
**Facility at time of evaluation:** Walker Building
**Age at Time:** 45 Years Old

**Problem List**
Shoulder joint pain, left (ICD-719.41) (ICD10-M25.512)
Back pain, acute (ICD-724.5) (ICD10-M54.89)
Neck pain, acute (ICD-723.1) (ICD10-M54.2)
Dental caries extending into pulp (ICD-521.03) (ICD10-K02.63)

**Medication List:**
**Allergies List**
* SEASONAL (Mild)

**Orders List**
TB/TST Annual [TSTANNUAL]
On Site Referral - Addiction Services [OBGYN]
Dental - Surgery [DSURG]
On Site Referral - Prescriber (Mental Health) [OSRPMH]
RT MH Score Change [RTMH]
Dental - Operative [DOP]
Dental - Preventative [DPREV]
XR ACROMIOCLAVICULAR JOINTS BILATERAL W +/OR WO WEIGHTS [IMG87]
Bottom Bunk [BottomBunk]
No Recreation [NoRecreation]

**Chief Complaint:** diffuse pain

**History of Present Illness: with details regarding duration, frequency, relieving and worsening factors, etc.** asked by mental health to re-evaluate pt as he was seen by mental health for several issues including anxiety but continued to refer to the pain he is having. briefly pt was involved in a minor MVC on 10/9/20. He was at transported from walker to MACD by custody vehicle for an eye doctor appt and then was transported back from MACD to walker. On the transport back, driver of van backed into an object causing a small jolt to the vehicle. Pt reports he has been in pain ever since, pain is excruciating. Pt was seen on 10/9/20 by myself for f/u in regards to reports of extreme pain s/p MVC and was examined. Exam was very difficult as pt was unable to tolerate much of exam d/t reported pain. x-rays were done of L shoulder, cervical spine, and lumbar spine and were all unremarkable. pt was given course of ibuprofen for pain. pt says he took ibuprofen as directed and it did nothing to relieve pain.

neck pain - persisting, L posterior portion of neck, sharp in nature and constant, worse with any type of neck motion, 8/10 at baseline for pain and goes up to 10/10 with any motion, no radiation.

lower back pain - sharp in nature and constant 8/10, but with movement pain goes to 10/10, warm showers help to alleviate pain minimally. Pain is L side of lower back and he has experienced L leg numbness as well that is intermittent. any movements cause back to "shoot with pain."

**Walker Building**

MD Sick Call

**DAVID WILLIAMS**  **INMATE ID #: 00252464**  **46 Years Old**
**DOB: 01/02/1975 Race: Black or African American  Gender: Male**
**LOC: 114 C 37B  Med Score: 2 Sub Score: .....  MH Score: 3 Sub Score: ....**

## Review of Systems
GENERAL SYSTEM: Denies Any Sx Related to System.
CARDIAC:
MUSCULOSKELETAL: Complains of Back Pain, Joint Pain. neck pain
NEUROLOGIC: Complains of Paresthesias. intermittent numbness to L leg

## Current Vital Signs
**Previous Height:** 72 (06/10/2020 11:54:49 AM)  **Previous Weight:** 198 (07/29/2020 9:50:29 PM)
**Current Weight (lbs):** 203.8
**Current Height (in.):** 72
**BMI:** 27.74

   **Sitting BP:** 127 / 95mm Hg
**Pulse rate:** 98
**Respirations:** 16
   **Pulse Ox%** 99
   **Room Air:** Yes

## Allergies:
* SEASONAL (Mild)


**No Known Drug Allergies**


## PHYSICAL EXAMINATION

### *General*
The patient is well nourished, well developed, alert and oriented and in no acute distress.
   **General Appearance:** Other
 - exam very difficult/limited d/t non-compliance of to participate in exam d/t "too much" reported pain

### *Integumentary*
Skin without obvious rashes or lesions; hair and nails without obvious abnormalities.

### *Respiratory*
Unlabored by view. Breath sounds clear to auscultation and percussion; no rales, rhonchi or wheezes.

### *Cardiovascular*
Regular rate and rhythm, positive S1/S2; No S3/S4; no murmurs or rubs; No clubbing, cyanosis or edema;
no jugular venous distension; peripheral pulses normal.

### *Musculoskeletal*
   **Gait & Station:** Ataxic
 - pt ambulating slowly, dragging L foot slightly with ambulation. stance with wgt primarily mostly on R leg
and leaning against exam table, pt reports he is unable to sit for exam d/t pain at this time.
   **Head & Neck:** Other - very limited active ROM of cervical spine in all direction, wincing and grimacing

**DAVID WILLIAMS   INMATE ID #: 00252464   46 Years Old**
**DOB: 01/02/1975 Race: Black or African American   Gender: Male**
**LOC: 114 C 37B   Med Score: 2 Sub Score: .....   MH Score: 3 Sub Score: ....**

to even light palpation of cervical spine
   **Spine, Ribs & Pelvis:** Other - very limited active ROM of lumbar spine in all direction, wincing and grimacing to even light palpation of cervical spine
   **LUE:** Other - L shoulder without any active ROM, unable to assess active ROM d/t pt's reports of severe pain to even light palpation or manipulation.

## Practitioner Assessment & Plan

**Assessment Comments:** neck pain
lower back pain
shoulder pain
**New Medications:**
CYCLOBENZAPRINE 10MG TAB (500.00) take 1 tab po bid prn x 14 days.
**Disposition:** General Population

**Plan Comments:** neck pain/back pain/shoulder pain - discussed with pt that I am unsure why he is in so much pain. The MVC that he was involved with on 10/9/20 was very minimal, the two other pt's who were also being transported reported no to very minimal physical complaints s/p collision. Pt's report of severe pain and physical posturing are very incongruent with actual physical findings on exam as well as with x-ray findings. There is concern for possible malingering at this time.

At this point, ibuprofen has not helped for pain. Will try cyclobenzaprine 10 mg po bid prn x 14 days for pt to take as directed. If that does not help, I see no evidence at this time for need for stronger pain management, further imaging, or referral to specialist.

## Education Provided:
**The individual has been educated regarding the individual's diagnosis and diagnostic results. The individual verbalizes understanding of current health status and expresses verbal consent to current management** Yes
**Individual Education Provided** Medicine Management

## Interpretation:
**Does the individual need an interpreter?** No

]

**Electronically signed by Sarah Schauer APRN on 10/23/2020 at 5:56 PM**

**Walker Building**
MH Brief Encounter

**DAVID WILLIAMS   INMATE ID #: 00252464   46 Years Old**
**DOB: 01/02/1975 Race: Black or African American   Gender: Male**
**LOC: 114 C 37B  Med Score: 2 Sub Score: .....   MH Score: 3 Sub Score: ....**

**10/20/2020 - MH Brief Encounter: MH Brief Encounter**
**Provider: Leonard J. Santarsiero PhD**
**Location of Care: Walker Building**

**Encounter Context**
**Facility at time of evaluation:** Walker Building
**Age at Time:** 45 Years Old

**Reason for Encounter:**  Custody Referral
**Face to Face Contact?:**  Yes
**Interview Location:**  Room

**Active Medications:**
Active Allergies: * SEASONAL.

**Subjective :** Mr. W was seen per custody referral.  "Doc, you have to help me, I feel like I am going crazy, the pain is killing me, I can't feel my feet, the eye doctor told me that I could go blind and I needed an outside appointment with a specialist."

**Objective Findings:**  Mr. W is a high bond inmate, MH 3 level with no medication treatment.  He reports significant mental distress secondary to physical pain, catostrophic worries about his medical status, and other psychosocial stressors - such as lack of access to the courts, separation from family and community supports, and hx of exposure to traumatic events.  He also reports having been injured while be transported from WCI to MacD.  Review of EHR descrives negative  XR results, yet his subjective report of pain seems quite high.  He appears to be experiencing situational stress with anxious distress and depressed mood as prominent symptoms.  Also noteworthy, he reports having taken opioids in the community and self-medicating in other ways, so his current mental status may be reflective of lack of development of alternative coping methods.

Suicidal Ideation: Absent

Homicidal Ideation:  Absent

## Assessment

**Active Problems: :** Shoulder joint pain, left (ICD-719.41) (ICD10-M25.512), Back pain, acute (ICD-724.5) (ICD10-M54.89), Neck pain, acute (ICD-723.1) (ICD10-M54.2), Dental caries extending into pulp (ICD-521.03) (ICD10-K02.63).

**Assessment Notes:**  He ambulates quite slowly and with apparent difficulty, gait is off, and he sits sideways in a chair - reporting that he can't sit up straight due to back and neck pain.  He has a kind of histrionic interpersonal and communicaiton style.  Mood and affect are mixed anious and depressed.  He denies suicidal or homicidal ideation, motive or intent.  Due to the high level fo reported probelms and poor functionng, will consider referral to prescriber, and comminicate with medical provider as well as unit manager.

## Plan
Recommended MH Classification:  3

**Walker Building**
MH Brief Encounter

**DAVID WILLIAMS   INMATE ID #: 00252464   46 Years Old**
**DOB: 01/02/1975 Race: Black or African American   Gender: Male**
**LOC: 114 C 37B   Med Score: 2 Sub Score: .....   MH Score: 3 Sub Score: ....**

Medication adherence adressed?:  N/A


**Electronically signed by Leonard J. Santarsiero PhD on 10/20/2020 at 3:00 PM**

**Walker Building**                                                *January 19, 2021*
General Note                                                              Page 1

**DAVID WILLIAMS  INMATE ID #: 00252464  46 Years Old**
**DOB: 01/02/1975 Race: Black or African American  Gender: Male**
**LOC: 114 C 37B  Med Score: 2 Sub Score: .....  MH Score: 3 Sub Score: ....**

**10/14/2020 - General Note: Nurse : ESC - chest pain**
**Provider: Sengchanh Vilayvong RN**
**Location of Care: MacDougall Building**

**Encounter Context**
**Facility at time of evaluation:** MacDougall Building
**Age at Time:** 45 Years Old

## General Note
**General Note Type:** Nurse
**Subject:** ESC - chest pain
**Note:** IM walked down to medical after it was reported by the unit officer that IM was c/o chest pain. IM states that he is unable to sit d/t leg pain therefore bp was taken while standing. IM states that the onset of chest pain was three days ago and it has been intermittent. IM reports that he was in car accident last week and the DOC van had hit the building. IM reports that since then he hasn't been able to eat d/t the discomfort in his neck, lower back and chest. On assessment HR reg, LCTA, skin is dry. EKG completed and was intrepreted as NSR per provider review. IM was provided reassurance that the body aches are likely r/t the accident and to con't with ibuprofen and rest. IM was asked if he wore a seatbelt and IM stated "no". IM was cleared to return to unit. Verbal education provided regarding POC; will con't to reiterate with each encounter.
IM advised to seek medical attention if he has any concerns or if symptoms worsen; IM had a good understanding of content and will initiate.

**Current Vital Signs**
**Previous Height:** 72 (06/10/2020 11:54:49 AM)  **Previous Weight:** 198 (07/29/2020 9:50:29 PM)
**BMI:** 26.95

   **Standing BP:** 142 / 95mm Hg
**Pulse rate:** 88
**Respirations:** 18
   **Respiration Type:**  Regular
   **Pulse Ox%**  99
   **Room Air:** Yes

**Allergies:**
* SEASONAL (Mild)


**No Known Drug Allergies**


**Electronically signed by Sengchanh Vilayvong RN on 10/14/2020 at 11:41 AM**

**Walker Building**
Notification of Test Results

**DAVID WILLIAMS  INMATE ID #: 00252464  46 Years Old**
**DOB: 01/02/1975 Race: Black or African American  Gender: Male**
**LOC: 114 C 37B  Med Score: 2 Sub Score: .....  MH Score: 3 Sub Score: ....**

**10/09/2020 - Notification of Test Results: Notification of Test Results**
**Provider: Sarah Schauer APRN**
**Location of Care: Walker Building**

**Encounter Context**
**Facility at time of evaluation:** Walker Building
**Age at Time:** 45 Years Old

Recently you had a health care encounter.  The following medical test(s) was (were) completed and reviewed by a prescriber:
x-ray

**Follow-up**
Submit a sick call request if symptoms worsten or do not improve
Hi Mr. Williams,
Just to review, as we discussed, your x-rays show no fractures in your cervical spine, no fractures in your left shoulder, and no fractures in your lumbar spine. Aside from some arthritis in your cervical and lumbar spine, the x-rays do show a "minor asymmetry" in your left shoulder joint when compared with your right shoulder joint. At this time, upon review of your images, it cannot be determined if this is an anatomically normal finding for you or if it is related to any previous or current injury.

Thank You,
Sarah

**Electronically signed by Sarah Schauer APRN on 10/09/2020 at 5:46 PM**

**Walker Building**
General Note

**DAVID WILLIAMS   INMATE ID #: 00252464   46 Years Old**
**DOB: 01/02/1975 Race: Black or African American   Gender: Male**
**LOC: 114 C 37B   Med Score: 2 Sub Score: .....   MH Score: 3 Sub Score: ....**

**10/09/2020 - General Note: Medical Prescriber : f/u x-ray results**
**Provider: Sarah Schauer APRN**
**Location of Care: Walker Building**

**Encounter Context**
**Facility at time of evaluation:** Walker Building
**Age at Time:** 45 Years Old

## General Note

**General Note Type:** Medical Prescriber
**Subject:** f/u x-ray results
**Note:** Cervical spine, L shoulder, and lumbar spine with no evidence of fracture or severe injury.
discussed results with pt. pt to continue ibuprofen as directed, given bottom bunk pass and put on no
recreation for 1 month. he can alert medical staff if his symptoms persist/worsen.

**Electronically signed by Sarah Schauer APRN on 10/09/2020 at 5:30 PM**

**Walker Building**
Chart Maintenance

**DAVID WILLIAMS   INMATE ID #: 00252464   46 Years Old**
**DOB: 01/02/1975 Race: Black or African American   Gender: Male**
**LOC: 114 C 37B   Med Score: 2 Sub Score: .....   MH Score: 3 Sub Score: ....**

**10/09/2020 - Chart Maintenance**
**Provider: Sarah Schauer APRN**
**Location of Care: Walker Building**

## Encounter Context
**Facility at time of evaluation:** Walker Building
**Age at Time:** 45 Years Old

## Clinical Lists Changes

**Orders:**
Added new Test order of Bottom Bunk (BottomBunk) - Signed
Added new Test order of No Recreation (NoRecreation) - Signed

**Electronically signed by Sarah Schauer APRN on 10/14/2020 at 1:20 PM**

**Walker Building**
General Note

**DAVID WILLIAMS   INMATE ID #: 00252464   46 Years Old**
**DOB:  01/02/1975 Race: Black or African American   Gender: Male**
**LOC: 114 C 37B   Med Score: 2 Sub Score: .....   MH Score: 3 Sub Score: ....**

**10/09/2020 - General Note: Medical Prescriber : f/u sick call**
**Provider: Sarah Schauer APRN**
**Location of Care: Walker Building**

**Encounter Context**
**Facility at time of evaluation:** Walker Building
**Age at Time:** 45 Years Old

**General Note**
**General Note Type:**  Medical Prescriber
**Subject:**  f/u sick call
**Note:**  pt returned to medical unit for x-ray, requesting pain medication.

ordered ibuprofen 600 mg 1 tab po bid with food x 5 days.

**Electronically signed by Sarah Schauer APRN on 10/09/2020 at 5:05 PM**

**Walker Building**
Imaging Report

**DAVID WILLIAMS   INMATE ID #: 00252464   46 Years Old**
**DOB: 01/02/1975 Race: Black or African American   Gender: Male**
**LOC: 114 C 37B   Med Score: 2 Sub Score: .....   MH Score: 3 Sub Score: ....**

**10/09/2020 - Imaging Report: XR ACROMIOCLAVICULAR JOINTS BILATERAL W +/OR WO WEIGHTS**
**Provider: Sarah Schauer APRN**
**Location of Care: State of Connecticut Department of Correction**

```
Patient: DAVID  WILLIAMS
ID: UCHCRAD 00252464
Note: All result statuses are Final unless otherwise noted.

Tests: (1) XR ACROMIOCLAVICULAR JOINTS BILATERAL W +/OR WO WEIGHTS (IMG87)
  Indication: A.c. joint separation?

  Technique: AP view of the clavicles concurrently without and with weights.

  Findings: There is minor asymmetry in the a.c. joints with the left distal
clavicle about one cortical width above the acromium while the right distal
clavicle is equal height to the right acromium. Curiously this is seen on the
without weights image. There is equalization of the a.c. joints on the with
weights series in regards to the position of the left distal clavicle relative
to its acromium.

  Impression: Asymmetry to a.c. joint position on the left side. Clinically
correlate for a.c. joint separation on this side.

Note: An exclamation mark (!) indicates a result that was not dispersed into
the flowsheet.
Document Creation Date: 10/09/2020 5:00 PM
```

---

```
(1) Order result status: Final
Collection or observation date-time: 10/09/2020 16:55
Requested date-time:
Receipt date-time:
Reported date-time: 10/09/2020 16:58
Referring Physician:
Ordering Physician: Sarah Schauer APRN (SchauerS)
Specimen Source:
Source: UCHCRAD
Filler Order Number: 729697-1
Lab site: 20201009165812
```

**Electronically signed by Sarah Schauer APRN on 10/14/2020 at 1:19 PM**

---

**Walker Building**

Chart Maintenance

**DAVID WILLIAMS   INMATE ID #: 00252464   46 Years Old**
**DOB: 01/02/1975 Race: Black or African American   Gender: Male**
**LOC: 114 C 37B   Med Score: 2 Sub Score: .....   MH Score: 3 Sub Score: ....**

**10/09/2020 - Chart Maintenance**
**Provider: Sarah Schauer APRN**
**Location of Care: Walker Building**

**Encounter Context**
**Facility at time of evaluation:** Walker Building
**Age at Time:** 45 Years Old

## Clinical Lists Changes

**Medications:**
Added new medication of IBUPROFEN 600MG TAB (500.00) (IBUPROFEN) take 1 tab po bid prn x 5 days; Route: ORAL - Signed
Rx of IBUPROFEN 600MG TAB (500.00) (IBUPROFEN) take 1 tab po bid prn x 5 days; Route: ORAL #n/a x n/a;  Signed;  Entered by: Sarah Schauer APRN;  Authorized by: Sarah Schauer APRN;  Method used: Handwritten; Note to Pharmacy: Route: ORAL;r;kop;neck pain

**Electronically signed by Sarah Schauer APRN on 10/09/2020 at 4:56 PM**

**Walker Building**
Chart Maintenance

**DAVID WILLIAMS   INMATE ID #: 00252464   46 Years Old**
**DOB: 01/02/1975 Race: Black or African American   Gender: Male**
**LOC: 114 C 37B   Med Score: 2 Sub Score: .....   MH Score: 3 Sub Score: ....**

**10/09/2020 - Chart Maintenance**
**Provider: Sarah Schauer APRN**
**Location of Care: Walker Building**

**Encounter Context**
**Facility at time of evaluation:** Walker Building
**Age at Time:** 45 Years Old

## Clinical Lists Changes

**Orders:**
Added new Test order of XR ACROMIOCLAVICULAR JOINTS BILATERAL W +/OR WO WEIGHTS
(IMG87) - Signed

**Electronically signed by Sarah Schauer APRN on 10/09/2020 at 3:18 PM**

**Walker Building**
Imaging Report

**DAVID WILLIAMS   INMATE ID #: 00252464   46 Years Old**
**DOB:  01/02/1975 Race: Black or African American   Gender: Male**
**LOC: 114 C 37B   Med Score: 2 Sub Score: .....   MH Score: 3 Sub Score: ....**

**10/09/2020 - Imaging Report: XR SHOULDER COMPLETE LEFT**
**Provider: Sarah Schauer APRN**
**Location of Care: State of Connecticut Department of Correction**

```
Patient: DAVID  WILLIAMS
ID: UCHCRAD 00252464
Note: All result statuses are Final unless otherwise noted.

Tests: (1) XR SHOULDER COMPLETE LEFT (IMG83)
  Indication: Shoulder pain

  Technique: AP internal, Grashey external, Y and AP humeral abduction view

  Comparison: None at this time.

  Findings: A.C. joint is subluxed with distal clavicle 1 cortical width above
the acromium. Otherwise no acute fracture or dislocation or arthropathy.

  IMPRESSION: Left a.c. joint subluxation as described.


Note: An exclamation mark (!) indicates a result that was not dispersed into
the flowsheet.
Document Creation Date: 10/09/2020 3:11 PM
```

---

```
(1) Order result status: Final
Collection or observation date-time: 10/09/2020 15:07
Requested date-time:
Receipt date-time:
Reported date-time: 10/09/2020 15:08
Referring Physician:
Ordering Physician: Sarah Schauer APRN (SchauerS)
Specimen Source:
Source: UCHCRAD
Filler Order Number: 729644-2
Lab site: 20201009150832
```

**Electronically signed by Sarah Schauer APRN on 10/09/2020 at 4:57 PM**

---

**Walker Building**
Imaging Report

**DAVID WILLIAMS   INMATE ID #: 00252464   46 Years Old**
**DOB:  01/02/1975 Race: Black or African American   Gender: Male**
**LOC: 114 C 37B   Med Score: 2 Sub Score: .....   MH Score: 3 Sub Score: ....**

**10/09/2020 - Imaging Report: XR SPINE CERVICAL 2 OR 3 VW**
**Provider: Sarah Schauer APRN**
**Location of Care: State of Connecticut Department of Correction**

```
Patient: DAVID  WILLIAMS
ID: UCHCRAD 00252464
Note: All result statuses are Final unless otherwise noted.

Tests: (1) XR SPINE CERVICAL 2 OR 3 VW (IMG56)
  Indication: Fender bender. Pain.

  Technique: Lateral, AP and bilateral obliques of the cervical spine

  Comparison: None at this time.

  Findings: C7 not seen well on the lateral views. No visualized fracture or
dislocation. Mild C4-5, C5-6 degenerative disc disease with endplate
osteophyte. Prevertebral soft tissue contour is normal. C5-6 mild bilateral
neural foraminal stenosis secondary to Luschka joint osteophyte.

  IMPRESSION:
  1. Limited evaluation of C7.
  2. Otherwise no acute fracture or dislocation.
  3. Osteoarthritis with mild C5-C6 bilateral neural foraminal stenosis.


Note: An exclamation mark (!) indicates a result that was not dispersed into
the flowsheet.
Document Creation Date: 10/09/2020 3:09 PM
```

---

```
(1) Order result status: Final
Collection or observation date-time: 10/09/2020 15:05
Requested date-time:
Receipt date-time:
Reported date-time: 10/09/2020 15:07
Referring Physician:
Ordering Physician: Sarah Schauer APRN (SchauerS)
Specimen Source:
Source: UCHCRAD
Filler Order Number: 729644-1
Lab site: 20201009150718
```

**Electronically signed by Sarah Schauer APRN on 10/09/2020 at 4:57 PM**

---

**Walker Building**
Imaging Report

**DAVID WILLIAMS   INMATE ID #: 00252464   46 Years Old**
**DOB: 01/02/1975 Race: Black or African American  Gender: Male**
**LOC: 114 C 37B  Med Score: 2 Sub Score: .....  MH Score: 3 Sub Score: ....**

**10/09/2020 - Imaging Report: XR SPINE LUMBAR 2 OR 3 VW**
**Provider: Sarah Schauer APRN**
**Location of Care: State of Connecticut Department of Correction**

```
Patient: DAVID  WILLIAMS
ID: UCHCRAD 00252464
Note: All result statuses are Final unless otherwise noted.

Tests: (1) XR SPINE LUMBAR 2 OR 3 VW (IMG66)
  Indication: Low back pain

  Technique: AP lateral and L5-S1 focal spot lateral lumbar spine

  Comparison: None at this time.

  Findings: 5 nonrib-bearing lumbar vertebral bodies. L3-4 moderate
degenerative disc disease with joint space narrowing and marginal osteophyte.
Mild facet joint DJD throughout.

  IMPRESSION: Osteoarthritis as described above.


Note: An exclamation mark (!) indicates a result that was not dispersed into
the flowsheet.
Document Creation Date: 10/09/2020 3:06 PM
```

```
(1) Order result status: Final
Collection or observation date-time: 10/09/2020 15:03
Requested date-time:
Receipt date-time:
Reported date-time: 10/09/2020 15:04
Referring Physician:
Ordering Physician: Sarah Schauer APRN (SchauerS)
Specimen Source:
Source: UCHCRAD
Filler Order Number: 729644-3
Lab site: 20201009150402
```

**Electronically signed by Sarah Schauer APRN on 10/09/2020 at 4:56 PM**

**Walker Building**
MD Sick Call

**DAVID WILLIAMS  INMATE ID #: 00252464  46 Years Old**
**DOB:  01/02/1975 Race: Black or African American  Gender: Male**
**LOC: 114 C 37B  Med Score: 2 Sub Score: .....  MH Score: 3 Sub Score: ....**

**10/09/2020 - MD Sick Call: MD Sick Call**
**Provider: Sarah Schauer APRN**
**Location of Care: Walker Building**

**Encounter Context**
**Facility at time of evaluation:** Walker Building
**Age at Time:** 45 Years Old

**Problem List**
Shoulder joint pain, left (ICD-719.41) (ICD10-M25.512)
Back pain, acute (ICD-724.5) (ICD10-M54.89)
Neck pain, acute (ICD-723.1) (ICD10-M54.2)
Dental caries extending into pulp (ICD-521.03) (ICD10-K02.63)

**Medication List:**
**Allergies List**
* SEASONAL (Mild)

**Orders List**
TB/TST Annual [TSTANNUAL]
On Site Referral - Addiction Services [OBGYN]
Dental - Surgery [DSURG]
On Site Referral - Prescriber (Mental Health) [OSRPMH]
RT MH Score Change [RTMH]
Dental - Operative [DOP]
Dental - Preventative [DPREV]

**Chief Complaint:**  neck pain, L shoulder pain, back pain

## History of Present Illness: with details regarding duration, frequency, relieving and worsening factors, etc. Pt reports he was transported from walker to macdougal for an eye doctor appointment and then transported from madougal back to walker. While being transported back from macdougal to walker he reports that the driver of the van he was in got into a car accident. He says the driver hit something head-on, causing pt to be jolted forwards. Hands in hand-cuffs, he was unable to brace himself and ended up being thrown forward, knees hitting the barrier and his neck whiping back. he says the van was then put into reverse and the van then hit something from behind and the patient was again thrown forward, again causing his neck to whip back and forth.

Pt says he was brought back to walker, felt "dazed and confused" and has been having neck pain, L shoulder pain and lower back pain for the entire day since the incident. Pt says he is unable to sit or lay down, he is in excruciating pain. Denies hitting head, no LOC, did have some nausea at first, no vomiting. Does feel his neck popping and cracking.

Neck pain - sharp, constant, 10/10, posterior and L lateral in location, unable to move neck in any direction without pain, reports feeling numbness and tingling in neck and L shoulder, feels like his neck is on fire.

L shoulder pain - sharp, constant, 10/10, anterior and lateral in location, unable to move L shoulder in any direction without pain, feels like his L shoulder is on fire but also has numbness in L arm from time to time.

**Walker Building**
MD Sick Call

**DAVID WILLIAMS   INMATE ID #: 00252464   46 Years Old**
**DOB: 01/02/1975 Race: Black or African American   Gender: Male**
**LOC: 114 C 37B   Med Score: 2 Sub Score: .....   MH Score: 3 Sub Score: ....**

lower back pain - middle

## Review of Systems
GENERAL SYSTEM: Denies Any Sx Related to System.
EYES: Denies Any Sx Related to System.
CARDIAC: Denies Any Sx Related to System.
PULMONARY: Denies Any Sx Related to System.
GASTROINTESTINAL: Complains of Nausea. Denies Vomiting.
MUSCULOSKELETAL: Complains of Back Pain, Joint Pain. neck pain, L shoulder pain, lower back pain
as per HPI
SKIN: Denies Any Sx Related to System.
NEUROLOGIC: Complains of Paresthesias.
HEME/LYMPHATIC: Denies Any Sx Related to System.

## Current Vital Signs
**Previous Height:** 72 (06/10/2020 11:54:49 AM)   **Previous Weight:** 198 (07/29/2020 9:50:29 PM)
**BMI:** 26.95

   **Sitting BP:** 142 / 87mm Hg
**Pulse rate:** 91
**Respirations:** 16

## Allergies:
* SEASONAL (Mild)


**No Known Drug Allergies**


## PHYSICAL EXAMINATION

### General
   **General Appearance:** Alert/Oriented

### Integumentary
Skin without obvious rashes or lesions; hair and nails without obvious abnormalities.

### Eyes
Pupils equally reactive to light and accommodation, extraocular muscles intact bilaterally

### Respiratory
Unlabored by view. Breath sounds clear to auscultation and percussion; no rales, rhonchi or wheezes.

### Cardiovascular
   **Palpation:** WNL
 - no thrill / heave
   **Auscultation:** WNL - no murmurs or additional heart sounds
   **Rate:** Tachycardiac

**Walker Building**
MD Sick Call

*January 19, 2021*
Page 3

**DAVID WILLIAMS   INMATE ID #: 00252464   46 Years Old**
**DOB: 01/02/1975 Race: Black or African American   Gender: Male**
**LOC: 114 C 37B   Med Score: 2 Sub Score: .....   MH Score: 3 Sub Score: ....**

   **Rhythm:** Regular
   **Sounds:** +S1, +S2
***Musculoskeletal***
   **Gait & Station:** Antalgic
- pt ambulating slowly with limp
   **Head & Neck:** Other - exam extremely limited, pt reports extreme pain with even very light touch to any part of his body. decreased active ROM of neck in all directions, unable to assess passive ROM. no visible abnormalities of cervical spine to visual inspection
   **Spine, Ribs & Pelvis:** Other - lumbar spine extremely tender to even light palpation, unable to demonstrate active ROM d/t reported pain. pt unable to sit for exam d/t pain.
   **LUE:** Other - L shoulder extremely tender to even light touch, unable to demonstrate active ROM in any direction, unable to assess passive ROM d/t reported pain, no visible abormalities seen.
***Neurological***
Grossly intact and non-focal; no tremors, no gait abnormalities, speech fluent.

***Mental Status***

   **Orientation:** WNL - No disorientation

## Practitioner Assessment & Plan
**Assessment Comments:** neck pain
L shoulder pain
lower back pain
**Disposition:** General Population

**Plan Comments:** neck pain/L shoulder pain/lower back pain - pt unable to participate in full evaluation as reported pain is limiting all movement and even restricts what I can palpate. aside from limited active ROM in neck, L shoulder, and lumbar spine, there are no visible abnormalities present. I have offered pt toradol for pain, pt refuses injection saying he "doesn't like needles." I have offered pt oral ibuprofen for pain and he has refused this as well. I have ordered x-rays of neck, L shoulder and lumbar spine for further eval and should have results later today. Will discuss results with pt and discuss further eval/tx at that time if needed. Will continue to monitor.

**Education Provided:**
**The individual has been educated regarding the individual's diagnosis and diagnostic results. The individual verbalizes understanding of current health status and expresses verbal consent to current management** Yes

**Interpretation:**
**Does the individual need an interpreter?** No

]

**Electronically signed by Sarah Schauer APRN on 10/09/2020 at 5:29 PM**

**Walker Building**
MD Sick Call

**DAVID WILLIAMS   INMATE ID #: 00252464   46 Years Old**
**DOB: 01/02/1975 Race: Black or African American   Gender: Male**
**LOC: 114 C 37B   Med Score: 2 Sub Score: .....   MH Score: 3 Sub Score: ....**

**Walker Building**
Chart Maintenance

**DAVID WILLIAMS**  INMATE ID #: 00252464  46 Years Old
**DOB:** 01/02/1975 **Race:** Black or African American  **Gender:** Male
**LOC:** 114 C 37B  **Med Score:** 2 **Sub Score:** .....  **MH Score:** 3 **Sub Score:** ....

**10/09/2020 - Chart Maintenance**
**Provider: Sarah Schauer APRN**
**Location of Care: Walker Building**

**Encounter Context**
**Facility at time of evaluation:** Walker Building
**Age at Time:** 45 Years Old

## Clinical Lists Changes

**Problems:**
Added new problem of Neck pain, acute (ICD-723.1) (ICD10-M54.2)
Added new problem of Back pain, acute (ICD-724.5) (ICD10-M54.89)
Added new problem of Shoulder joint pain, left (ICD-719.41) (ICD10-M25.512)
**Orders:**
Added new Test order of XR SPINE CERVICAL 2 OR 3 VW (IMG56) - Signed
Added new Test order of XR SHOULDER COMPLETE LEFT (IMG83) - Signed
Added new Test order of XR SPINE LUMBAR 2 OR 3 VW (IMG66) - Signed

**Electronically signed by Sarah Schauer APRN on 10/09/2020 at 1:46 PM**

**Walker Building**
General Note

*January 19, 2021*
Page 1

**DAVID WILLIAMS   INMATE ID #: 00252464   46 Years Old**
**DOB: 01/02/1975 Race: Black or African American   Gender: Male**
**LOC: 114 C 37B   Med Score: 2 Sub Score: .....   MH Score: 3 Sub Score: ....**

**10/09/2020 - General Note: UR : Ophthalmology**
**Provider: James Smyth OD**
**Location of Care: MacDougall Building**

**Encounter Context**
**Facility at time of evaluation:** MacDougall Building
**Age at Time:** 45 Years Old

## General Note

**General Note Type:** UR
**Subject:** Ophthalmology
**Note:**
UTILIZATION REVIEW REQUEST

Generated on 10/9/2020 9:19:46 AM


The following utilization review request has been submitted.



Inmate #:
00252464
TOO #:

Name:
WILLIAMS,DAVID

DOB:
1/2/1975
Gender:
M
SSN:
044808048

Race:
BLACK



 Request ID:
200834

 Request Date:
10/9/2020 9:19:41 AM

 UR Requestor:
Smyth,James

**Walker Building**
General Note

**DAVID WILLIAMS**   **INMATE ID #: 00252464   46 Years Old**
**DOB: 01/02/1975 Race: Black or African American   Gender: Male**
**LOC: 114 C 37B   Med Score: 2 Sub Score: .....   MH Score: 3 Sub Score: ....**

Entered by:
Smyth,James

Request Type:

Standard

Problem Onset:

Unknown

Initiating Events:

Proposed Request Priority:
Within 2 months - Category 4

Initial Diagnosis:
Glaucoma

Requested Procedure:
Consult - Initial Visit

Requested Specialty:
Ophthalmology

Complaint/Diagnosis:
45 y.o. African-American with no known hx of glaucoma.  Mild Exophthalmus. Large Cupping OU.  OS>
OD.65 OD  .7-.75 OS.   IOPs on NCT  12 OD   13 OS.   Requesting Ophthalmology evaluation for normal
tension glaucoma.;

**Electronically signed by James Smyth OD on 10/09/2020 at 9:21 AM**

**Walker Building**
Optometry Opthalmology Consult

**DAVID WILLIAMS   INMATE ID #: 00252464   46 Years Old**
**DOB: 01/02/1975 Race: Black or African American   Gender: Male**
**LOC: 114 C 37B   Med Score: 2 Sub Score: .....   MH Score: 3 Sub Score: ....**

**10/09/2020 - Optometry Opthalmology Consult: Optometry/Opthalmology Consult**
**Provider: James Smyth OD**
**Location of Care: MacDougall Building**

**Encounter Context**
**Facility at time of evaluation:** MacDougall Building
**Age at Time:** 45 Years Old

**Chief Complaint:**
Can't see up close
**Past Ocular History:**
LEE:  Unknown
PEH:  shot in left eye as a teenager
**Current Problems**
Dental caries extending into pulp (ICD-521.03) (ICD10-K02.63)

**Allergies:**
* SEASONAL (Mild)

**Vsc:**
**OD** 20/15
**OS** 20/15-
**Pupils** NL

**Tension:**
**OD** 12    NCT
**OS** 13
**Color:** normal
**Slit Lamp & Fundus Findings:**
Conjunctiva:    wnl              OU
Cornea:          clear
A/C:              quiet
Iris:             wnl
Lens:            clear
                 OD          OS
C/D             .65          .7
Margins       distinct      distinct
Macula        clear         clear
Bkgd           wnl           wnl
**Impression/Plan:**
OD:    -0.25 sph   20/15
OS:    -0.25 = -0.50 x 015    20/10
PD:     77 / 73
Frame:  U73  53  black
Lenses:  Plastic s.v. distance
Glasses ordered MassCor:    Order No.: VCT-1992401
RTC:  Refer to Ophthalmology - glaucoma suspect

**Walker Building**
Optometry Opthalmology Consult

**DAVID WILLIAMS**   **INMATE ID #: 00252464   46 Years Old**
**DOB: 01/02/1975 Race: Black or African American   Gender: Male**
**LOC: 114 C 37B   Med Score: 2 Sub Score: .....   MH Score: 3 Sub Score: ....**

**Electronically signed by James Smyth OD on 10/09/2020 at 8:45 AM**

**Walker Building**
Covid19 Assessment form

*January 19, 2021*
Page 1

**DAVID WILLIAMS   INMATE ID #: 00252464   46 Years Old**
**DOB: 01/02/1975 Race: Black or African American   Gender: Male**
**LOC: 114 C 37B   Med Score: 2 Sub Score: .....   MH Score: 3 Sub Score: ....**

**10/09/2020 - Covid19 Assessment form: Covid19 Assessment**
**Provider: Adam L Cummings RN**
**Location of Care: Walker Building**


## Current Vital Signs
**Temperature:** 97.6degrees
   **Temperature site:** Oral
**Pulse rate:** 96
    **Pulse rhythm:** Regular
**Respirations:** 16
 **Respiration Type:** Regular
  **Pulse Ox%** 98
  **Room Air:** Yes

## Respiratory Assessment
**RUL** Clear
**RML** Clear
**RLL** Clear
**LLL** Clear
**LUL** Clear
**Cough** No
**Shortness of Breath** No

## Gastrointestinal
**Diarrhea** No

**Isolation Reason** Covid-19


**Electronically signed by Adam L Cummings RN on 10/09/2020 at 6:51 AM**

**Walker Building**

*January 19, 2021*

MH Brief Encounter

Page 1

**DAVID WILLIAMS   INMATE ID #: 00252464   46 Years Old**
**DOB: 01/02/1975 Race: Black or African American   Gender: Male**
**LOC: 114 C 37B  Med Score: 2 Sub Score: .....   MH Score: 3 Sub Score: ....**

**09/30/2020 - MH Brief Encounter: MH Brief Encounter-swr**
**Provider: Sheila A Bridges-Howard LCSW**
**Location of Care: Walker Building**

**Encounter Context**
**Facility at time of evaluation:** Walker Building
**Age at Time:** 45 Years Old

**Reason for Encounter:** Written Request
**Face to Face Contact?:** Yes
**Interview Location:** Room

**Active Medications:**
Active Allergies: * SEASONAL.

**Subjective: :** I'm so depressed right now.

**Objective Findings:** IM seen FFPAC per self-written referral due to c/o difficulty sleeping, racing thoughts, and anxiety from current stressors i.e. court case, problems with the mothers of his chldren. IM presents depressed mood with congruent affect. C+A+Ox4.

Suicidal Ideation:  Absent

Homicidal Ideation:  Absent

## Assessment

**Active Problems: :** Dental caries extending into pulp (ICD-521.03) (ICD10-K02.63).

**Assessment Notes:** IM's affect appeared to improve during Mental health visit after venting about his stressors.  Appearance appropriate, thoughts logical, coherent, future-oriented, goal-directed and void of perceptual disturbances. No psychomotor agitation/retardation. Direct, appropriate eye contact and normal speech. Currently stable and denies SI/HI or A/V hall. Good appetite, good judgment/insight. Compliant w/psych regimen. Practicing good stress mgmt skills.

## Plan
Recommended MH Classification:  3
This writer provided psychoeducation on stress management and supportive counseling. MH shall flu w/IM per case mgmt protocol. IM acknowledges understanding that he shall f/u with MH prn.

**Electronically signed by Sheila A Bridges-Howard LCSW on 10/01/2020 at 8:54 AM**

**Walker Building**
MH Treatment Plan

*January 19, 2021*
Page 1

**DAVID WILLIAMS   INMATE ID #: 00252464   46 Years Old**
**DOB: 01/02/1975 Race: Black or African American   Gender: Male**
**LOC: 114 C 37B   Med Score: 2 Sub Score: .....   MH Score: 3 Sub Score: ....**

**08/27/2020 - MH Treatment Plan: Mental Health Treatment Plan**
**Provider: Sheila A Bridges-Howard LCSW**
**Location of Care: Walker Building**

# Treatment Plan: Situational Depression

**Created by:** Bridges-Howard LCSW, Sheila A
**Facility:** New Haven Correctional Center
**Start Date:** 08/27/2020 **Target Date:** 11/27/2020 **End Date:** In Progress

## Goals:

**Goal:** Alleviate depressed mood and return to previous highest level of daily effective functioning
**Type:** Individual Goals
**Start Date:** 08/27/2020 **Target Date:** 11/27/2020 **End Date:** In Progress
**Measurable Objectives**

- **Measurable Objective:** Describe the signs of symptoms of depression that you are experiencing.
  **Start Date:** 08/27/2020 **Target Date:** 11/27/2020 **End Date:** In Progress
- **Measurable Objective:** Identify the source of your depressed mood
  **Start Date:** 08/27/2020 **Target Date:** 11/27/2020 **End Date:** In Progress
- **Measurable Objective:** Express feelings of hurt, disappointment, shame, and anger that are associated with early life experiences.
  **Start Date:** 08/27/2020 **Target Date:** 11/27/2020 **End Date:** In Progress

# Summaries

No summaries have been added for the patient yet.

*Patient Signature*

_____          _____
                    **Signature**                                        **Date**

**Electronically signed by Sheila A Bridges-Howard LCSW on 08/27/2020 at 10:16 AM**

**Walker Building**
Lab Report

**DAVID WILLIAMS  INMATE ID #: 00252464  46 Years Old**
**DOB: 01/02/1975 Race: Black or African American  Gender: Male**
**LOC: 114 C 37B  Med Score: 2 Sub Score: .....  MH Score: 3 Sub Score: ....**

**08/25/2020 - Lab Report: SARS-CoV-2 RT-PCR (COVID-19)**
**Provider: Francesco Lupis MD**
**Location of Care: State of Connecticut Department of Correction**

```
Patient: David  Williams
ID: MEDGIS 00252464
Note: All result statuses are Final unless otherwise noted.

Tests: (1) SARS-CoV-2 RT-PCR (COVID-19) (DNASCOV19)
OBSERVATION                   VALUE                    EXPECTED
-----------                   -----                    --------
 SARS-CoV-2 RT-PCR (COVID-19)
                      NOT-DETECTED (R)
    Interpretation: The viral RNA was not detected, making the COVID-19
diagnosis less likely. Clinical correlation is highly recommended.
    Final report signed by Bisram Deocharan, Ph.D., Laboratory Director
    Tests performed at Sema4 Genomics, Inc

Note: An exclamation mark (!) indicates a result that was not dispersed into
the flowsheet.
Document Creation Date: 08/28/2020 10:32 AM
```

---

```
(1) Order result status: Final
Collection or observation date-time: 08/25/2020 00:00:00
Requested date-time:
Receipt date-time: 08/26/2020 00:00:00
Reported date-time: 08/28/2020 10:15:06
Referring Physician:
Ordering Physician: Francesco Lupis (LupisF)
Specimen Source: NSB
Source: MEDGIS
Filler Order Number: 6000007791
Lab site: MacDougall Walker Correctional Institution
```

**Electronically signed by Francesco Lupis MD on 08/28/2020 at 12:24 PM**

---

**Walker Building**
MH Suicide Risk Assessment

**DAVID WILLIAMS  INMATE ID #: 00252464  46 Years Old**
**DOB: 01/02/1975 Race: Black or African American  Gender: Male**
**LOC: 114 C 37B  Med Score: 2 Sub Score: .....  MH Score: 3 Sub Score: ....**

**08/04/2020 - MH Suicide Risk Assessment: MH Suicide Risk Assessment**
**Provider: Leonard J. Santarsiero PhD**
**Location of Care: Walker Building**

**Encounter Context**
**Facility at time of evaluation:** Walker Building
**Age at Time:** 45 Years Old

**Reason(s) for Assessing this inmate?:**  Other
**Comments:**  custodial referral for emergent mh assessment
**Face to Face Interview** Yes
**W-10 or Inpatient Discharge Summary** No
**Court Mittimus** No
**Inmate Health Record**  Yes
**External Contact (Family, attorney,Etc.)** No
*Date of last self-injurious behavior:* 1990
**History of Suicide** IM reported one prior suicide attempt when he was 16 y/o by drinking bleach; reportes
intermittent SI

**Acute Risk Factors**
*\*First Incarceration* No
**Transfer or fear of transfer** No
**Anxiety over upcoming court date** Yes
**Distress over pending release from incarceration** No
**Recent additional legal problems** No
**Recent escape attempt** No
**Recent physical or sexual assault** No
**Increased fear,pressure threats by others** Yes
**Increased risk of victimization** No
**Impairment in daily functioning** No
**Social withdrawal or despondency** No
**Apathy, emotional or physical exhaustion** Yes
*\*Crying or despondent or inconsolable* Yes
*\*Feelings of hopelessness and helplessness* No
**Changes from regular sleep pattern** Yes
**Appetite changes resulting in weight loss/gain** No
*\*Suicide Note Found* No
*\*Approaching significant Anniversary or Holiday* No
*\*Recent Transfer to Suicide Watch* No
*\*Recent Discharge from Inpatient Facility* Yes
**Exacerbation of serious mental illness** Yes
*\*Auditiory (Particularly Command) Hallucination* No
**Visual hallucinations** No
**Active delusions** No
**Recent Stressor** Yes
**Increasing agitation/irrtability** No
**Actively detoxing from substances** No
**Recent death of someone close** Yes
*\*Loss of Spouse or children* No
**Recent turmoil or breakup** No
**Recent diagnosis of serious medical condition** No

**Walker Building**
MH Suicide Risk Assessment

**DAVID WILLIAMS   INMATE ID #: 00252464   46 Years Old**
**DOB: 01/02/1975 Race: Black or African American   Gender: Male**
**LOC: 114 C 37B   Med Score: 2 Sub Score: .....   MH Score: 3 Sub Score: ....**

**Sense of Shame** Yes

## Long Term Factors
**Poor treatment response** No
**Chronic impusivity or agitation** No
**Serious mental illness** No
***History of Self-Harm Command Hallucinations*** No
**History of treatment noncompliance** No
**Spiritual beliefs not at odds with suicide** No
***Prior Suicide Behaviors of any type*** Yes
**Has gained access to lethal means in the past** No
***Multiple Suicide Atttempts*** No
***Family History of Suicide*** No
**Family history of serious mental illness** No
**Interpersonal conflict or lack of support system** No
**Unlikely to be reuinted with children or spouse** No
**Self imposed isolation from others** No
**Repeated crisis management admissions** No
***Sex Offender/History of Pedophelia*** Yes
**Long sentence** No
**History of prior escape attempt** No
**Chronically victimized by other offenders** No
***Stressors Related to Sexual Identity*** No
**Serious medical condition** No
**Seriously ill family member** No
***Still Wishes Past Suicide Attempts ended in Death*** No
**History of suicidal behavior while incarcerated** No
**Comments:** fear of his peers but not reported threats, sense of guilt and shame relative to his
incarceration, loss of 2 family members due to COVID-19, unresolved grief regarding death of mother

## Evaluation of Current Risk
**Current Risk:** No Current Suicidal Ideation
**Is the inmate uncooperative during the evaluation?** No
**Is there a discrepancy between observed and reported symptoms? (including unconvincing denial
of risk factors)** No
**Has the inmate ever threatened legal action if his/her suicide threats were not taken seriously?** No
**Has the inmate ever falsely reported suicidal intention?** No
**Has the inmate ever been diagnosed with Antisocial Personality Disorder? (if age <18: Conduct
Disorder or antisocial traits)** No
**Is the inmate being noncompliant with prescribed psychotropic medication regimen?** N/A
**Is the inmate's psychiatric treatment history limited to periods while incarcerated?** No
**Are there obvious external incentives associated with the presentation of suicidal or self-harm
intention?** No

## Protective Factors
Expresses wish to be around for children/spouse/parent
Has existing community support
Healthy coping skills

**Walker Building**
MH Suicide Risk Assessment

**DAVID WILLIAMS   INMATE ID #: 00252464   46 Years Old**
**DOB:  01/02/1975 Race: Black or African American   Gender: Male**
**LOC: 114 C 37B  Med Score: 2 Sub Score: .....   MH Score: 3 Sub Score: ....**

**The inmate's attitude, mood and affect are:** Crying; despondent; depressed; sad; hopeless
**Have any high risk factors been selected on the previous screen?**  Yes
**In my opinion this patient is at:**  low imminent risk for a potentially lethal suicide attempt and should be returned to his/her housing unit and be reevaluated on
   **Explain:**  inmate is experiencing episode of depression, he will be followed by his clincian and referral made to prescriber, he is also advised to seek PRN mental health support as needed.

**Electronically signed by Leonard J. Santarsiero PhD on 08/04/2020 at 11:21 AM**

**DAVID WILLIAMS   INMATE ID #: 00252464   46 Years Old**
**DOB: 01/02/1975 Race: Black or African American   Gender: Male**
**LOC: 114 C 37B  Med Score: 2 Sub Score: .....  MH Score: 3 Sub Score: ....**

**08/04/2020 - MH Clinical Record SOAP: MH Clinical Record (SOAP)**
**Provider: Leonard J. Santarsiero PhD**
**Location of Care: Walker Building**

**Encounter Context**
**Facility at time of evaluation:** Walker Building
**Age at Time:** 45 Years Old

**Reason for Encounter:** Custody Referral
**Face to Face Contact?:** Yes
**Interview Location:** Room

**Active Medications:** DENTAL AMOXICILLIN 875MG TAB (100.00) (Take one tab BID times 10 days)
Start: 07/30/2020 End: 08/09/2020
DENTAL IBUPROFEN 800MG TAB (500.00) (Take one tab BID times 10 days)  Start: 07/30/2020 End:
08/09/2020
Active Allergies: * SEASONAL.

**Subjective: :** Received a phone call from Mr. W's unit counselor.  Mr. W had sent counselor written
request indicating that he is experiencing high levels of emotional distress and depressed mood.  Mr. W is
a relatively new admission to WCI, transfer on 7/29/20 from NHCC.  This 45 year old has had muliple
incarcerations in his life, starting with a charge at age 16 (see his description of this below), he is an
unsentenced high bond individual, charged with a home invasion (he reports that it was the home of the
mother of his child, and he was there to deal with persons who were in the residence 'partying'.  He also
added that police had guns drawn, and he was afraid to exit the house, fearing that he would be shot.  "I
am innnocent, and when I go to court, my bond will be lowered, it is not fair, I am in a cell with a murderer,
I am scared."

**Objective Findings:** EHR reviewed.  In intake summary, attending clinician noted the presence of a
'sorrowful and depressed' emotional state, and she recommended an increase in his MH score to level 3 +
medication assessment.  He reports hx of community and DOC mental health and substance use
treatment, including a brief admission to YPI for Mh observation in 2020, follow up care did not happen b/c
he was incarcerated.  He reports several sources of stress:  fear of violence from peers,no direct threats,
but anxious that he might be targeted; feelings of abandonment from family due to his pattern of
incarceration and other factors related to family dynamics/history; fears related to COVID; and feelings
anger and regret about his life.  "I am 45 years old and I have nothing to show for it."  He also expresses
sadness, including tearfulness about the death of his mother about 7 years ago.  Apparently, she died in
the visitor's room of another DOC facility during a visit with him.  This loss seems to be exacerbated by
family dynamics - 'my brothers and family blame me for her death, if she did not come to visit me in jail,
she would be alive."  He reports one episode of SB, at the age of 16 he states that he was arrested for an
assault charge which he says he was innocent of, taking the blame so that his younger nephew would not
be arrested.  In the subsequent turmoil related to that even, he says that he ingested bleach.  He reports
no other intentional self-harm behaviors, but does reports intermittent SI, with no intent.  He also talked
about having 15 children from several different mothers - they range in age from 2 to 25 years old.  His
relationship with children appears complicated by his conflicted relationship with their mothers, and his
periods of incarceration interferring with the amount and the consistency of time with them.  In terms of
symptoms, he reports depressed and anxious mood, loss of appetite, fatigue,
hopelessness/helplsessness and insomnia.

Suicidal Ideation:  Present
    Comments:  intermittent passive SI, no plan , no intent

**Walker Building**
MH Clinical Record SOAP

*January 19, 2021*
Page 2

**DAVID WILLIAMS  INMATE ID #: 00252464  46 Years Old**
**DOB: 01/02/1975 Race: Black or African American  Gender: Male**
**LOC: 114 C 37B  Med Score: 2 Sub Score: .....  MH Score: 3 Sub Score: ....**

Homicidal Ideation:  Absent

## Assessment

**Active Problems: :** Dental caries extending into pulp (ICD-521.03) (ICD10-K02.63).

**Assessment Notes:**  Mr. W is polite, respectful and cooperative.  His mood is depressed and affect sad/tearful and worried.  He does not present with any symptoms of psychoses, paranoia or delusions. The content of his thinking reflects the nature of the loss of control that he feels over his life and thus is congruenet with his mood and affect.  As noted above, he reports intermittent SI without a plan or intent. There are no homicidal ideas present.

## Plan

Recommended MH Classification:  3

**Open Orders:** Assistive Device - Eye Glasses [ADEG], TB/TST Annual [TSTANNUAL], On Site Referral - Addiction Services [OBGYN], On Site Referral - Optometry [OPTOMETRY], Dental - Surgery [DSURG], On Site Referral - Prescriber (Mental Health) [OSRPMH], RT MH Score Change [RTMH], Dental - Operative [DOP], Dental - Preventative [DPREV].

## Mental Status Examination

### Appearance:
**General Appearance:**  Groomed
**Hygiene:**  Appropriate
**Eye Contact:**  Appropriate

### Orientation:
**Person:**  Yes
**Place:**  Yes
**Time:**  Yes
**Situation:**  Yes

### Motor Behavior:
**Motor Behavior:**  Normal

### Mood:
Depressed, Anxious

### Affect
Appropriate

### Speech:
Slowed

**Walker Building**
MH Clinical Record SOAP

**DAVID WILLIAMS   INMATE ID #: 00252464   46 Years Old**
**DOB: 01/02/1975 Race: Black or African American   Gender: Male**
**LOC: 114 C 37B   Med Score: 2 Sub Score: .....   MH Score: 3 Sub Score: ....**

**Rate:** Normal
**Rhythm:** Normal
**Volume:** Normal
**Adequate English** Yes
**Primary Language:** English
**Hearing Impairment:** No
**Speech Impairment:** No
**Vision Impairment:** No

## Thought Content:
Normal

## Thought Processes:
Logical

## Reality Testing
Normal

## Memory:
Intact

## Attention & Concentration:
**Attention & Concentration:** Normal

## Intelligence Estimate:
Average

## Insight:
Fair

## Judgment:
Fair

## Suicidality:
**Current:** No
Present
   **Describe:** intemittent SI, no plan, no intent
**History of Suicide Attempts:** 1990 @ age 16 ingested bleach

## Homicidal Ideations:
**Current:** No
Absent

**Diagnostic and Psychosocial Formulation:** Mr. W presents with signs and symptoms of a major depressive episdoe, in the high moderate range of intensity, without psychotic features.  In the community, he appears to have coped with underlyiing mood dysregulaiton with substance use.

**Walker Building**

MH Clinical Record SOAP

**DAVID WILLIAMS   INMATE ID #: 00252464   46 Years Old**

**DOB: 01/02/1975 Race: Black or African American   Gender: Male**

**LOC: 114 C 37B   Med Score: 2 Sub Score: .....   MH Score: 3 Sub Score: ....**

**Additional Comments (self-reported diagnoses, etc.):** Psychologist also recommended raising his MH score to a 3, in addition support referral to prescriber for medication evaluation.

**Electronically signed by Leonard J. Santarsiero PhD on 08/04/2020 at 11:14 AM**

**Walker Building**
Chart Maintenance

**DAVID WILLIAMS    INMATE ID #: 00252464    46 Years Old**
**DOB:  01/02/1975 Race: Black or African American   Gender: Male**
**LOC: 114 C 37B   Med Score: 2 Sub Score: .....   MH Score: 3 Sub Score: ....**

**08/04/2020 - Chart Maintenance: increased MH score to a 3**
**Provider: Nancy A. Sessa**
**Location of Care: State of Connecticut Department of Correction**

**Encounter Context**
**Facility at time of evaluation:** State of Connecticut Department of Correction
**Age at Time:** 45 Years Old

## Clinical Lists Changes

**Observations:**
Added new observation of MHCLASSIFICSCORE: 3  (08/04/2020 10:22)

**Electronically signed by Nancy A. Sessa on 08/04/2020 at 10:22 AM**

**Walker Building**

Chart Maintenance

**DAVID WILLIAMS   INMATE ID #: 00252464   46 Years Old**
**DOB: 01/02/1975 Race: Black or African American   Gender: Male**
**LOC: 114 C 37B   Med Score: 2 Sub Score: .....   MH Score: 3 Sub Score: ....**

**07/30/2020 - Chart Maintenance**
**Provider: Frankie Cuevas DDS**
**Location of Care: MacDougall Building**

**Encounter Context**
**Facility at time of evaluation: MacDougall Building**
**Age at Time:** 45 Years Old

## Clinical Lists Changes

**Orders:**
Added new Test order of Dental - Preventative (DPREV) - Signed

**Electronically signed by Frankie Cuevas DDS on 07/30/2020 at 2:09 PM**

**DAVID WILLIAMS   INMATE ID #: 00252464   46 Years Old**
**DOB: 01/02/1975 Race: Black or African American   Gender: Male**
**LOC: 114 C 37B   Med Score: 2 Sub Score: .....   MH Score: 3 Sub Score: ....**

**07/30/2020 - Chart Maintenance**
**Provider: Frankie Cuevas DDS**
**Location of Care: MacDougall Building**

## Encounter Context
**Facility at time of evaluation:** MacDougall Building
**Age at Time:** 45 Years Old

## Clinical Lists Changes

**Orders:**
Added new Test order of Dental - Operative (DOP) - Signed

**Electronically signed by Frankie Cuevas DDS on 07/30/2020 at 2:08 PM**

**Walker Building**

Chart Maintenance

**DAVID WILLIAMS  INMATE ID #: 00252464  46 Years Old**
**DOB: 01/02/1975 Race: Black or African American  Gender: Male**
**LOC: 114 C 37B  Med Score: 2 Sub Score: .....  MH Score: 3 Sub Score: ....**

**07/30/2020 - Chart Maintenance**
**Provider: Frankie Cuevas DDS**
**Location of Care: MacDougall Building**

**Encounter Context**
**Facility at time of evaluation:** MacDougall Building
**Age at Time:** 45 Years Old

## Clinical Lists Changes

**Medications:**
Added new medication of DENTAL IBUPROFEN 800MG TAB (500.00) (IBUPROFEN) Take one tab BID times 10 days; Route: ORAL - Signed
Added new medication of DENTAL AMOXICILLIN 875MG TAB (100.00) (AMOXICILLIN) Take one tab BID times 10 days; Route: ORAL - Signed
Rx of DENTAL IBUPROFEN 800MG TAB (500.00) (IBUPROFEN) Take one tab BID times 10 days; Route: ORAL #20 x 0;  Signed;  Entered by: Frankie Cuevas DDS;  Authorized by: Frankie Cuevas DDS; Method used: Samples Given; Note to Pharmacy: Route: ORAL;
Rx of DENTAL AMOXICILLIN 875MG TAB (100.00) (AMOXICILLIN) Take one tab BID times 10 days; Route: ORAL #20 x 0;  Signed;  Entered by: Frankie Cuevas DDS;  Authorized by: Frankie Cuevas DDS; Method used: Samples Given; Note to Pharmacy: Route: ORAL;

**Electronically signed by Frankie Cuevas DDS on 07/30/2020 at 2:02 PM**

**Walker Building**
Refusal of Treatment

**DAVID WILLIAMS  INMATE ID #: 00252464  46 Years Old**
**DOB: 01/02/1975 Race: Black or African American  Gender: Male**
**LOC: 114 C 37B  Med Score: 2 Sub Score: .....  MH Score: 3 Sub Score: ....**

**07/30/2020 - Refusal of Treatment: Refusal**
**Provider: Meghan Faust**
**Location of Care: Walker Building**

**Encounter Context**
**Facility at time of evaluation:** Walker Building
**Age at Time:** 45 Years Old

## Refusal of Treatment

**Refused Dental Services:**Dental
   **Specific Treatment, Service or Mediction:** Extraction of #9
   **Risks/Benefits Explain: Yes**
**Reason:** Other
   **Other:** Does not want it out right now.

*Patient Signature*

_____   _____
*Signature*                          *Date*


*Medical Staff Signature:*

_____   _____
*Signature*                          *Date*


*Medical Staff Signature:*

_____   _____
*Signature*                          *Date*


**Electronically signed by Meghan Faust on 07/30/2020 at 1:34 PM**

**Walker Building**
Dental Visit

**DAVID WILLIAMS   INMATE ID #: 00252464   46 Years Old**
**DOB: 01/02/1975 Race: Black or African American   Gender: Male**
**LOC: 114 C 37B  Med Score: 2 Sub Score: .....  MH Score: 3 Sub Score: ....**

**07/30/2020 - Dental Visit: Pain Request**
**Provider: Frankie Cuevas DDS**
**Location of Care: Walker Building**

## Encounter Context
**Facility at time of evaluation:** Walker Building
**Age at Time:** 45 Years Old

## Dental Visit
**Inmate Arrive/Present for Dental Services?:**  Yes
**Inmate agrees to receive dental services?:**  Yes
**Referral Source:**  Sick Call
**Chief Complaint:**  Broken tooth; officer referral.

## Clinical Summary
**Allergies:**  * SEASONAL.

## Active Medications:

**Active Problems:** Dental caries extending into pulp (ICD-521.03) (ICD10-K02.63).

**Open Orders:** Assistive Device - Eye Glasses [ADEG], TB/TST Annual [TSTANNUAL], On Site Referral - Addiction Services [OBGYN], On Site Referral - Optometry [OPTOMETRY], Dental - Surgery [DSURG], On Site Referral - Prescriber (Mental Health) [OSRPMH], RT MH Score Change [RTMH].

## Current Vital Signs
**Previous Height:** 72 (06/10/2020 11:54:49 AM)   **Previous Weight:** 198 (07/29/2020 9:50:29 PM)
**BMI:** 26.95

## Allergies:
* SEASONAL (Mild)

**No Known Drug Allergies**

## Starting Teeth
Tooth # 9 is marked as Repaired/Rebonded Crown

Tooth # 32 is marked as Tooth Extraction and has the following attributes:
---Lingual is marked as Decay
---Buccal is marked as Decay
---Distal is marked as Decay

**Walker Building**
Dental Visit

**DAVID WILLIAMS   INMATE ID #: 00252464   46 Years Old**
**DOB:  01/02/1975 Race: Black or African American   Gender: Male**
**LOC: 114 C 37B   Med Score: 2 Sub Score: .....   MH Score: 3 Sub Score: ....**

---Mesial is marked as Decay
---Occlusal is marked as Decay


The following teeth are unmodified:
1, 2, 3, 4, 5, 6, 7, 8, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31


**Current Teeth**
Tooth # 1 is marked as Missing - Crown and Root


Tooth # 2 has the following attributes:
---Occlusal is marked as Restoration - Single - Amalgam


Tooth # 3 has the following attributes:
---Occlusal is marked as Restoration - Single - Amalgam


Tooth # 8 has the following attributes:
---Facial is marked as Restoration - Single - Resin Composite
---Lingual is marked as Restoration - Single - Resin Composite
---Distal is marked as Restoration - Single - Resin Composite
---Mesial is marked as Restoration - Single - Resin Composite
---Incisal is marked as Restoration - Single - Resin Composite


Tooth # 9 is marked as Tooth Extraction


Tooth # 14 has the following attributes:
---Occlusal is marked as Restoration - Single - Amalgam


Tooth # 15 has the following attributes:
---Occlusal is marked as Restoration - Single - Amalgam


Tooth # 16 is marked as Missing - Crown and Root


Tooth # 17 is marked as Missing - Crown and Root


Tooth # 18 has the following attributes:
---Distal is marked as Restoration - Single - Amalgam

**Walker Building**
Dental Visit

**DAVID WILLIAMS    INMATE ID #: 00252464    46 Years Old**
**DOB: 01/02/1975 Race: Black or African American  Gender: Male**
**LOC: 114 C 37B  Med Score: 2 Sub Score: .....  MH Score: 3 Sub Score: ....**

---Occlusal is marked as Restoration - Single - Amalgam


Tooth # 19 has the following attributes:
---Occlusal is marked as Restoration - Single - Amalgam


Tooth # 29 has the following attributes:
---Lingual is marked as Restoration - Single - Amalgam
---Distal is marked as Restoration - Single - Amalgam
---Occlusal is marked as Restoration - Single - Amalgam


Tooth # 31 has the following attributes:
---Occlusal is marked as Restoration - Single - Amalgam


Tooth # 32 is marked as Tooth Extraction and has the following attributes:
---Lingual is marked as Decay
---Buccal is marked as Decay
---Distal is marked as Decay
---Mesial is marked as Decay
---Occlusal is marked as Decay


The following teeth are unmodified:
4, 5, 6, 7, 10, 11, 12, 13, 20, 21, 22, 23, 24, 25, 26, 27, 28, 30


**Pending**
Tooth # 32 is scheduled for Tooth Extraction
Tooth # 29 is scheduled for Restoration - Single - Amalgam on Distal
Tooth # 29 is scheduled for Restoration - Single - Amalgam on Occlusal
Tooth # 29 is scheduled for Restoration - Single - Amalgam on Lingual
Tooth # 31 is scheduled for Restoration - Single - Amalgam on Occlusal
Tooth # 18 is scheduled for Restoration - Single - Amalgam on Distal
Tooth # 18 is scheduled for Restoration - Single - Amalgam on Occlusal


**Completed This Session**
07/30/2020 01:54:34 PM --- X-Ray - Intraoral - Single Radiographic Image completed on Tooth # 32
07/30/2020 01:54:33 PM --- X-Ray - Intraoral - Single Radiographic Image completed on Tooth # 9
07/30/2020 01:54:27 PM --- X-Ray - Bitewings - Two Films completed on All Teeth
07/30/2020 01:54:22 PM --- Oral Examination completed

**Walker Building**
Dental Visit

**DAVID WILLIAMS   INMATE ID #: 00252464   46 Years Old**
**DOB: 01/02/1975 Race: Black or African American   Gender: Male**
**LOC: 114 C 37B   Med Score: 2 Sub Score: .....   MH Score: 3 Sub Score: ....**

## Completed Last Session

06/26/2020 09:47:50 AM --- Oral Hygiene Instructions completed
06/26/2020 09:44:42 AM --- X-Ray - Intraoral - Single Radiographic Image completed on Tooth # 32
06/26/2020 09:44:35 AM --- Oral Evaluation - Problem Focused completed

## Cumulative Completed

07/30/2020 01:54:34 PM --- X-Ray - Intraoral - Single Radiographic Image completed on Tooth # 32
07/30/2020 01:54:33 PM --- X-Ray - Intraoral - Single Radiographic Image completed on Tooth # 9
07/30/2020 01:54:27 PM --- X-Ray - Bitewings - Two Films completed on All Teeth
07/30/2020 01:54:22 PM --- Oral Examination completed
06/26/2020 09:47:50 AM --- Oral Hygiene Instructions completed
06/26/2020 09:44:42 AM --- X-Ray - Intraoral - Single Radiographic Image completed on Tooth # 32
06/26/2020 09:44:35 AM --- Oral Evaluation - Problem Focused completed
09/13/2018 02:16:08 PM --- Repair/Rebond - Crown completed on Tooth # 9
09/10/2018 12:11:17 PM --- Oral Evaluation - Problem Focused completed

## Note

S- no pain, Med Hx- reviewed
O- full exam, soft tisssue normal, 2 BW, 1PA, caries charted,  percussion pain #9 no palpation pain, moderate plaque and calc, short RCT #9 with lost temp
A- #9 acute apical perio/ necrotic pulp, pt refused EXT #9, refusal form signed, Amox 875mg/ 20 tabs, Motrin 800mg/ 20 tabs RX
P- EXT root #32, fills, scale

## Dental Classification
**Previously Documented Classification:**
Class 2-Routine dental needs.  Conditions unlikely to become emergent within 12 months (09/13/2018 1:59:36 PM)

**Electronically signed by Frankie Cuevas DDS on 07/30/2020 at 2:01 PM**

**Walker Building**
MH Brief Encounter

**DAVID WILLIAMS  INMATE ID #: 00252464  46 Years Old**
**DOB: 01/02/1975 Race: Black or African American  Gender: Male**
**LOC: 114 C 37B  Med Score: 2 Sub Score: .....  MH Score: 3 Sub Score: ....**

**07/29/2020 - MH Brief Encounter: MH Brief Encounter**
**Provider: Shirley A. Watson LCSW**
**Location of Care: Walker Building**

**Encounter Context**
**Facility at time of evaluation:** Walker Building
**Age at Time:** 45 Years Old

**Face to Face Contact?:** Yes
**Interview Location:** Room

**Active Medications:**
Active Allergies: * SEASONAL.

**Subjective: :** I/M seen per intake protocols.

**Objective Findings:** A+Ox3; some psychomotor depression, sorrowful, appropriate eye contact; WNL speech

Suicidal Ideation:  Absent

Homicidal Ideation:  Absent

**Assessment**

**Active Problems: :** Dental caries extending into pulp (ICD-521.03) (ICD10-K02.63).

**Assessment Notes:** I/M cooperative with intake process. high bond: $750K. charge: threatening 2nd degree; home invasion; unlawful restraint; gun charges; 15 kids by 9 women; Hx of MH interventions including MH OBs at Yale Hosp in June 2020.; family/social supports; sex offense was in 1998 (served 3 years) .I/M reports MH tx in community and in previous DOC incarcerations. I/M tearfully described mother passing away in visiting room at NHCC in 1999. I/M disclosed many different trauma incidents concurrent with depressive episodes. EHR reviewed. This writer determines that I/M may benefit from an increase in MH classification and consistent engagement with MHU. I/M expressed a willingness to engage with MHU as scheduled and PRN. Referral to psych med clinic made.

**Plan**
Recommended MH Classification:  3
Medication adherence adressed?:  N/A

Education regarding illness and symptoms provided?:  Yes
    Elaborate: verbal
I/M: engage with MHU as scheduled and PRN; continue use of appropriate coping methods as stressors present
MHU: engage with I/M as scheduled and PRN; refer to psych med clinicl

**DAVID WILLIAMS** **INMATE ID #: 00252464  46 Years Old**
**DOB: 01/02/1975 Race: Black or African American  Gender: Male**
**LOC: 114 C 37B  Med Score: 2 Sub Score: .....  MH Score: 3 Sub Score: ....**

**Electronically signed by Shirley A. Watson LCSW on 07/29/2020 at 10:20 PM**

**Walker Building**
Transfer Summary Reception

**DAVID WILLIAMS**  **INMATE ID #: 00252464  46 Years Old**
**DOB: 01/02/1975 Race: Black or African American  Gender: Male**
**LOC: 114 C 37B  Med Score: 2 Sub Score: .....  MH Score: 3 Sub Score: ....**

**07/29/2020 - Transfer Summary Reception: Transfer Summary - Reception**
**Provider: David M Anglade RN**
**Location of Care: Walker Building**

**Encounter Context**
**Facility at time of evaluation:** Walker Building
**Age at Time:** 45 Years Old

**Transfer Reception Screening**
**Receiving Facility:** Walker: Med3/MH3/DOT
**Date/Time:** July 29, 2020 9:50 PM**Sending Facility:** New Haven
**Medications Prepared For Transfer?:**
No (07/29/2020 12:53:31 PM)

**Classifications**
MH Level: 2 Subcode(s): .... (06/06/2020 4:13:55 AM)

Medical Level: 2 Subcode(s): ..... (06/06/2020 4:13:55 AM)

**S.O.A.**
**Subjective:** Inmate received at Walker 114.
**Observations:** Inmate alert and oriented *3. Stable at present. Medical and Mental Health reviewed.
Inmate oriented to facility.
**Assessment:** intake orientation
**Problem List**
Dental caries extending into pulp (ICD-521.03) (ICD10-K02.63)

**P: Plan/Disposition**
General Population

**Referral for Services**

**PREA - Brief**
**Were you sexually abused since your last intake or transfer screening at previous facility?:** No
**Did you sexually abuse anyone while you were incarcerated at your previous facility?:** No
**Do you feel at risk for being sexually abused at this facility?:** No
**Orders Placed this Visit**
On Site Referral - Dental [DENT]
On Site Referral - Nurse Sick Call [OSRNSC]
On Site Referral - Mental Health (Custody Referral) [OSRMHC]
On Site Referral - Nurse Sick Call [OSRNSC]
TB/TST Annual [TSTANNUAL]
TB/TST Read [TBTSTREAD]
TB/TST Read [TBTSTREAD]
TB/TST Annual [TSTANNUAL]
On Site Referral - HIV [HIV]
Rapid HIV Test [RHIV]
TB/TST Annual [TSTANNUAL]

**Walker Building**
Transfer Summary Reception

**DAVID WILLIAMS  INMATE ID #: 00252464  46 Years Old**
**DOB: 01/02/1975 Race: Black or African American  Gender: Male**
**LOC: 114 C 37B  Med Score: 2 Sub Score: .....  MH Score: 3 Sub Score: ....**

TB/TST Read [TBTSTREAD]
Dental - Operative [DOP]
TB/TST Annual [TSTANNUAL]
Assistive Device - Eye Glasses [ADEG]
TB/TST Annual [TSTANNUAL]
On Site Referral - Addiction Services [OBGYN]
On Site Referral - Optometry [OPTOMETRY]
On Site Referral - Mental Health [MHREF]
TB/TST Read [TBTSTREAD]
SARS CoV 2 RNA(COVID 19), QUALITATIVE NAAT [39448]
On Site Referral - Nurse Sick Call [OSRNSC]
Dental - Exam - Problem Focused [DEPF]
On Site Referral - Prescriber (Mental Health) [OSRPMH]
Dental - Surgery [DSURG]
**PREA Form Reviewed?:** Yes

## Current Vital Signs
  **Sitting BP:** 135 / 80mm Hg
**Temperature:** 98.1degrees
   **Temperature site:** Temporal
**Pulse rate:** 69
   **Pulse rhythm:** Regular
**Respirations:** 16
  **Respiration Type:** Regular
  **Pulse Ox%** 97
  **Room Air:** Yes

## Respiratory Assessment
**Cough** No
**Shortness of Breath** No

## Gastrointestinal
**Diarrhea** No
**Narrative Note:** Inmate received at 114. Inmate denies having fever, cough, shortness of breath, or diarrhea. Vitals obtained and documented.

**Isolation Reason** Covid-19

## Current Vital Signs
**Previous Height:** 72 (06/10/2020 11:54:49 AM)   **Previous Weight:** 212 (06/10/2020 11:54:49 AM)
**Current Weight (lbs):** 198
**BMI:** 26.95

  **Sitting BP:** 135 / 80mm Hg
**Temperature:** 98.1degrees
   **Temperature site:** Temporal
**Pulse rate:** 69
   **Pulse rhythm:** Regular

**DAVID WILLIAMS**  **INMATE ID #: 00252464**  **46 Years Old**
**DOB: 01/02/1975 Race: Black or African American  Gender: Male**
**LOC: 114 C 37B  Med Score: 2 Sub Score: .....  MH Score: 3 Sub Score: ....**

**Respirations:** 16
  **Respiration Type:** Regular
  **Pulse Ox%** 97
  **Room Air:** Yes

**Allergies:**
* SEASONAL (Mild)


**No Known Drug Allergies**


**Electronically signed by David M Anglade RN on 07/29/2020 at 9:52 PM**

**Walker Building**
MH Suicide Risk Assessment

**DAVID WILLIAMS   INMATE ID #: 00252464   46 Years Old**
**DOB: 01/02/1975 Race: Black or African American   Gender: Male**
**LOC: 114 C 37B   Med Score: 2 Sub Score: .....   MH Score: 3 Sub Score: ....**

**07/29/2020 - MH Suicide Risk Assessment: MH Suicide Risk Assessment**
**Provider: Shirley A. Watson LCSW**
**Location of Care: Walker Building**

**Encounter Context**
**Facility at time of evaluation:** Walker Building
**Age at Time:** 45 Years Old

**Reason(s) for Assessing this inmate?:** Intake
**Face to Face Interview** Yes
**Inmate Health Record** Yes
Reported No Self-Harm Behavior
*Date of last self-injurious behavior:* 1990
**History of Suicide** IM reported one prior suicide attempt when he was 16 y/o by drinking bleach; reportes
SI

**Acute Risk Factors**
*First Incarceration* No
**Transfer or fear of transfer** Yes
**Anxiety over upcoming court date** No
**Distress over pending release from incarceration** No
**Recent additional legal problems** No
**Recent escape attempt** No
**Recent physical or sexual assault** No
**Increased fear,pressure threats by others** No
**Increased risk of victimization** No
**Impairment in daily functioning** No
**Social withdrawal or despondency** No
**Apathy, emotional or physical exhaustion** No
*Crying or despondent or inconsolable* No
*Feelings of hopelessness and helplessness* No
**Changes from regular sleep pattern** No
**Appetite changes resulting in weight loss/gain** No
*Suicide Note Found* No
*Approaching significant Anniversary or Holiday* No
*Recent Transfer to Suicide Watch* No
*Recent Discharge from Inpatient Facility* No
**Exacerbation of serious mental illness** No
*Auditiory (Particularly Command) Hallucination* No
**Visual hallucinations** No
**Active delusions** No
**Recent Stressor** Yes
**Increasing agitation/irrtability** No
**Actively detoxing from substances** No
**Recent death of someone close** No
*Loss of Spouse or children* No
**Recent turmoil or breakup** No
**Recent diagnosis of serious medical condition** No
**Sense of Shame** No

**Long Term Factors**

**Walker Building**
MH Suicide Risk Assessment

**DAVID WILLIAMS   INMATE ID #: 00252464   46 Years Old**
**DOB: 01/02/1975 Race: Black or African American   Gender: Male**
**LOC: 114 C 37B   Med Score: 2 Sub Score: .....   MH Score: 3 Sub Score: ....**

**Poor treatment response** No
**Chronic impusivity or agitation** No
**Serious mental illness** No
***History of Self-Harm Command Hallucinations*** No
**History of treatment noncompliance** No
**Spiritual beliefs not at odds with suicide** No
***Prior Suicide Behaviors of any type*** No
**Has gained access to lethal means in the past** No
***Multiple Suicide Alttempts*** No
***Family History of Suicide*** No
**Family history of serious mental illness** No
**Interpersonal conflict or lack of support system** No
**Unlikely to be reuinted with children or spouse** No
**Self imposed isolation from others** No
**Repeated crisis management admissions** No
***Sex Offender/History of Pedophelia*** Yes
**Long sentence** No
**History of prior escape attempt** No
**Chronically victimized by other offenders** No
***Stressors Related to Sexual Identity*** No
**Serious medical condition** No
**Seriously ill family member** No
***Still Wishes Past Suicide Attempts ended in Death*** No
**History of suicidal behavior while incarcerated** No
**Comments:** high bond: $750K. charge: threatening 2nd degree; home invasion; unlawful restraint; gun
charges; 15 kids by 9 women; Hx o f MH interventions including MH OBs at Yale Hosp in June 2020.;
family/social supports; sex offense was in 1998 (served 3 years)

## Evaluation of Current Risk
**Current Risk:** No Current Suicidal Ideation
**Is the inmate uncooperative during the evaluation?** No
**Is there a discrepancy between observed and reported symptoms? (including unconvincing denial
of risk factors)** No
**Has the inmate ever threatened legal action if his/her suicide threats were not taken seriously?** No
**Has the inmate ever falsely reported suicidal intention?** No
**Has the inmate ever been diagnosed with Antisocial Personality Disorder? (if age <18: Conduct
Disorder or antisocial traits)** No
**Is the inmate being noncompliant with prescribed psychotropic medication regimen?** N/A
**Is the inmate's psychiatric treatment history limited to periods while incarcerated?** No
**Are there obvious external incentives associated with the presentation of suicidal or self-harm
intention?** No

## Protective Factors
Expresses wish to be around for children/spouse/parent
Religious belief system
Has existing community support
Healthy coping skills

**The inmate's attitude, mood and affect are:** Euthymic; cooperative; appropriate
**Have any high risk factors been selected on the previous screen?** No

**DAVID WILLIAMS**  **INMATE ID #: 00252464  46 Years Old**
**DOB: 01/02/1975 Race: Black or African American  Gender: Male**
**LOC: 114 C 37B   Med Score: 2 Sub Score: .....   MH Score: 3 Sub Score: ....**

**In my opinion this patient is at:** low imminent risk for a potentially serious lethal suicide attempt. Access to mental health care was explained to the inmate and he/she voiced understanding

## Current Medical Problems, Medications & Treatments

**Active Medications:**
**Active Problems:** Dental caries extending into pulp (ICD-521.03) (ICD10-K02.63).

**Open Orders:** Assistive Device - Eye Glasses [ADEG], TB/TST Annual [TSTANNUAL], On Site Referral - Addiction Services [OBGYN], On Site Referral - Optometry [OPTOMETRY], Dental - Surgery [DSURG].

## Mental Status Examination

### Appearance:
**General Appearance:** Groomed
**Hygiene:** Appropriate
**Eye Contact:** Appropriate

### Orientation:
**Person:** Yes
**Place:** Yes
**Time:** Yes
**Situation:** Yes

### Motor Behavior:
**Motor Behavior:** Normal

### Mood:
Normal or Calm or Stable

### Affect
Appropriate

### Speech:
Normal
**Rate:** Normal
**Rhythm:** Normal
**Volume:** Normal
**Adequate English** Yes
**Primary Language:** English
**Hearing Impairment:** No
**Speech Impairment:** No
**Vision Impairment:** No

### Thought Content:
Normal

### Thought Processes:

**Walker Building**

MH Suicide Risk Assessment

**DAVID WILLIAMS**  **INMATE ID #: 00252464**  **46 Years Old**
**DOB:  01/02/1975 Race: Black or African American   Gender: Male**
**LOC: 114 C 37B   Med Score: 2 Sub Score: .....   MH Score: 3 Sub Score: ....**

Logical

**Reality Testing**
Normal

**Memory:**
Intact

**Attention & Concentration:**
**Attention & Concentration:**  Normal

**Intelligence Estimate:**
Average

**Insight:**
Fair

**Judgment:**
Fair

**Suicidality:**
**Current:**  No

**Homicidal Ideations:**
**Current:**  No
**History:**  No

**Electronically signed by Shirley A. Watson LCSW on 07/29/2020 at 10:14 PM**



Williams, David
ID: 252464
DOB: 01/02/1975
45yr, Male

14-Oct-2020 12:26:43

Vent rate:        70 BPM
PR int:          150 ms
QRS dur:          85 ms
QT/QTc:      366/387 ms
P-R-T axes:   49  61  24

SINUS RHYTHM
NONSPECIFIC T WAVE ABNORMALITY
ABNORMAL ECG

UNCONFIRMED REPORT

(SJ)  10/14/20

No acute findings

# Visit Information

| Date & Time | Provider | Department | Encounter # |
|---|---|---|---|
| 1/12/2021 10:00 AM | Ulrich, Andrew S, MD | Yale New Haven Hospital Emergency Department | 239356176 |

**A copy of these discharge instructions were given to and reviewed with the patient/or patient representative prior to leaving the hospital.**

239356176

Patient Signature: _____

X: _____

Thank you for choosing a Yale New Haven Health facility for your emergency medical care needs. To continue your recovery, please consider each of the following:

## AFTER-CARE INSTRUCTIONS
Please read these carefully as they contain very important information.

## LABORATORY TEST RESULTS AND X-RAY READINGS
If you had laboratory tests or X-rays, it is possible that the final results were not available before you left the hospital. We will contact you if the results require changing the instructions you were given. There is no need to call us to check on your results. We will contact you if needed.

## CONCERNS
If you have any questions about the care you received or the instructions you were given, please call us:

| | |
|---|---|
| Greenwich Hospital: | (203) 863-ERRN (3776) |
| Bridgeport Hospital: | (203) 384-3256 |
| Milford Campus: | (203) 301-1100 |
| Lawrence + Memorial: | (860) 442-0711 |
| Westerly Hospital: | (401) 348-3325 |
| Pequot Emergency Department: | (860) 446-8265 |
| Yale-New Haven Hospital | |
| Saint Raphael Campus: | (203) 789-4220 |
| York Street Campus: | (203) 688-1051 |
| Shoreline Medical Center: | (203) 453-7123 |
| Children's Hospital: | (203) 688-3333 |

## FEEDBACK
Yale New Haven Health System is committed to continually improving the care and service we provide to our patients. One way we do this is to gather feedback from patients about their experiences. If you receive a satisfaction phone call or mail survey, please take the time to provide your feedback. We carefully consider all comments and use them to improve the patient experience.

## FOLLOW-UP CARE AND PHYSICIAN REFERRALS
It is important that you follow all instructions you received about care after your Emergency Department visit **_and_** that you have a primary care doctor for your ongoing healthcare needs.

For follow-up care:
- Please make an appointment with your physician. For help finding a primary care or speciality physician affiliated with Yale New Haven Health call 1-888-461-0106.
- Contact your specific insurance carrier for a list of physicians who accept your coverage.
- If you are covered by Husky insurance you can call 1-800-859-9889 for a list of participating physicians.

Thank you.

**General instructions**

- Your health care provider may recommend that you see a physical therapist. This person can help you come up with a safe exercise program. Do any exercises as told by your physical therapist.
- Keep all follow-up visits, including any physical therapy visits, as told by your health care providers. This is important.

## Contact a health care provider if:

- Your pain gets worse.
- Medicines do not help ease your pain.
- You cannot use the part of your body that hurts, such as your arm, leg, or neck.
- You have trouble sleeping.
- You have trouble doing your normal activities.

## Get help right away if:

- You have a new injury and your pain is worse or different.
- You feel numb or you have tingling in the painful area.

## Summary

- Musculoskeletal pain refers to aches and pains in your bones, joints, muscles, and the tissues that surround them.
- This pain can occur in any part of the body.
- Your health care provider may recommend that you see a physical therapist. This person can help you come up with a safe exercise program. Do any exercises as told by your physical therapist.
- Lower your stress level. Stress can worsen musculoskeletal pain. Ways to lower stress may include meditation, yoga, cognitive or behavioral therapy, acupuncture, and massage therapy.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Released: 12/18/2006 Document Revised: 11/30/2018 Document Reviewed: 01/17/2018
Elsevier Patient Education © 2020 Elsevier Inc.



📎 Attached Information

Musculoskeletal Pain (English)

# Musculoskeletal Pain

Musculoskeletal pain refers to aches and pains in your bones, joints, muscles, and the tissues that surround them. This pain can occur in any part of the body. It can last for a short time (*acute*) or a long time (*chronic*).

A physical exam, lab tests, and imaging studies may be done to find the cause of your musculoskeletal pain.

## Follow these instructions at home:



**Lifestyle**

- Try to control or lower your stress levels. Stress increases muscle tension and can worsen musculoskeletal pain. It is important to recognize when you are anxious or stressed and learn ways to manage it. This may include:
  - Meditation or yoga.
  - Cognitive or behavioral therapy.
  - Acupuncture or massage therapy.
- You may continue all activities unless the activities cause more pain. When the pain gets better, slowly resume your normal activities. Gradually increase the intensity and duration of your activities or exercise.

**Managing pain, stiffness, and swelling**

- Take over-the-counter and prescription medicines only as told by your health care provider.
- When your pain is severe, bed rest may be helpful. Lie or sit in any position that is comfortable, but get out of bed and walk around at least every couple of hours.
- If directed, apply heat to the affected area as often as told by your health care provider. Use the heat source that your health care provider recommends, such as a moist heat pack or a heating pad.
  - Place a towel between your skin and the heat source.
  - Leave the heat on for 20–30 minutes.
  - Remove the heat if your skin turns bright red. This is especially important if you are unable to feel pain, heat, or cold. You may have a greater risk of getting burned.
- If directed, put ice on the painful area.
  - Put ice in a plastic bag.
  - Place a towel between your skin and the bag.
  - Leave the ice on for 20 minutes, 2–3 times a day.

2. **Cover** your mouth if you cough
3. **Don't get too close** to others-6 feet between you and others when possible
4. **Stay home** if you are sick
5. **Call before you come** if you are coughing and need medical care

**FOR ANY QUESTIONS, PLEASE CALL YNHHS COVID-19 CALL CENTER AT 203-688-1700, OR TOLL FREE AT 1-833-275-9644.**

## Allergies
No Known Allergies

## Procedures and tests performed during your visit
CT Cervical Spine wo IV Contrast
XR Ankle Left
XR Foot Left

## ▤ Community Resources
There are no notes for this patient that meet the current filters.

## Your Medication List
You have not been prescribed any medications.

**David Williams**
MRN: **MR2542267**

Department: **Yale New Haven Hospital**
**Emergency Department**
Date of Visit: **1/12/2021**

## Results

### None

## Imaging Results

CT Cervical Spine wo IV Contrast (Final result)

Result time 01/12/21 11:27:35

**Final result by Mezrich, Jonathan, MD (01/12/21 11:27:35)**

**Impression:**
IMPRESSION:
No CT evidence for acute cervical spine fracture or traumatic listhesis. Degenerative changes as described.

Reported And Signed By: Jonathan Mezrich, MD
**Narrative:**
CT CERVICAL SPINE WO IV CONTRAST

INDICATION: Neck trauma, midline tenderness.

COMPARISON: No similar studies are available for comparison at the time of this interpretation.

TECHNIQUE: CT images were obtained from the skull base through T1 without intravenous contrast. Coronal and sagittal multiplanar reformatted images were provided.

FINDINGS:
There is straightening of cervical spine consistent with presence of a cervical collar. There is no evidence for acute fracture or traumatic subluxation. The atlanto-occipital and atlanto-axial articulations are intact. Note is made of multilevel degenerative disc disease changes, most prominent at C4-C6, characterized by disc space narrowing, endplate changes and anterior endplate osteophytosis.

The prevertebral soft tissues are within normal limits.

The visualized lung apices are clear.

XR Ankle Left (Final result)

Result time 01/12/21 11:14:44

**Final result by Mezrich, Jonathan, MD (01/12/21 11:14:44)**

**Impression:**
IMPRESSION:
No acute fracture or dislocation.

Reported And Signed By: Jonathan Mezrich, MD
**Narrative:**
EXAMINATION: Left ankle 3 views, left foot 3 views

HISTORY: Slip and fall down 2 steps, left foot and ankle pain

COMPARISON: None available

FINDINGS:

Left ankle:
There is no evidence of acute fracture or dislocation; the ankle mortise joint appears congruent.
The surrounding soft tissues are unremarkable.
No radiopaque foreign body is identified.

Left foot:
There is no evidence of acute fracture or dislocation.
The surrounding soft tissues are unremarkable.
No radiopaque foreign body is identified.

**Imaging Results (continued)**

XR Foot Left (Final result)                                                                                                      Result time 01/12/21 11:14:44

**Final result by Mezrich, Jonathan, MD (01/12/21 11:14:44)**

**Impression:**
IMPRESSION:
No acute fracture or dislocation.

Reported And Signed By: Jonathan Mezrich, MD

**Narrative:**
EXAMINATION: Left ankle 3 views, left foot 3 views

HISTORY: Slip and fall down 2 steps, left foot and ankle pain

COMPARISON: None available

FINDINGS:

Left ankle:
There is no evidence of acute fracture or dislocation; the ankle mortise joint appears congruent.
The surrounding soft tissues are unremarkable.
No radiopaque foreign body is identified.

Left foot:
There is no evidence of acute fracture or dislocation.
The surrounding soft tissues are unremarkable.
No radiopaque foreign body is identified.

**David Williams**
MRN: **MR2542267**

Department: **Yale New Haven Hospital**
**Emergency Department**
Date of Visit: **1/12/2021**

During your hospital visit you received the following medications. Not all medications administered in the emergency department will need to be continued after you are discharged. Any medications that were prescribed to you to continue after discharge are noted on the area  of the discharge paperwork entitled *discharge prescriptions.* If you have any questions regarding any of these medications please speak with your doctor.

**Medications Administered**

ibuprofen (ADVIL,MOTRIN) tablet 600 mg
lidocaine (LIDODERM) 5 % 1 patch

# AFTER VISIT SUMMARY

YaleNewHavenHealth
Yale New Haven Hospital

**David Williams**   MRN: MR2542267   📅 1/12/2021   📍 Yale New Haven Hospital Emergency Department 203-688-2222

## Instructions

**Follow up with your primary care provider. Unless a doctor has told you not to take these medications, you should take acetaminophen (Tylenol) 650mg every 4-6 hours and/or ibuprofen (Motrin/Advil) 600mg every 8 hours with food as needed for pain. If the ibuprofen doesn't work use naproxen (Aleve) 500mg every 12 hours with food.  Apply ice to the area as needed.  Return to the ED for severe pain, vomiting, or loss of consciousness.**



**Read the attached information**
Musculoskeletal Pain (English)

## What's Next

You currently have no upcoming appointments scheduled.

## Physician Referral Information

In order to better coordinate your care, we  work with physicians and other health care providers across the region. You may have been referred to see an affiliated doctor for care.  You have the right to see any doctor or provider you choose, and are not required to see the one provided on your After Visit Summary.  Additional information regarding your provider can be found at www.ynhhs.org/physician-referral-info.

Please contact your insurance carrier for information about in-network providers and your estimated out-of-pocket costs.

## Covid-19 is real! To stay safe we recommend that you:

1. **Wash** your hands regularly especially before eating

## Today's Visit

You were seen by Andrew S Ulrich, MD and Rebecca Hoffman, PA

**Reason for Visit**
- Fall
- Ankle Pain

**Diagnoses**
- Acute left ankle pain
- Neck pain
- Fall, initial encounter

🖥 **Imaging Tests**
CT Cervical Spine wo IV Contrast
XR Ankle Left
XR Foot Left

⚕ **Medications Given**
ibuprofen (ADVIL,MOTRIN) Last given at 11:14 AM
lidocaine (LIDODERM) Last given at 11:48 AM

## MyChart Sign-Up

Send messages to your doctor, view your test results, renew your prescriptions, schedule appointments, and more.

Go to **https://mychart.ynhhs.org/mychart-PRD/**, click "Sign Up Now", and enter your personal activation code: **PHX3Z-P6QWC-4SVJH**. Activation code expires 2/11/2021.